E-FILED
Tuesday, 17 May, 2005 02:24:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

2003 NOV 21 AM 10: 18

FILED

| | |
|---|---|
| IN RE<br><br>PATRIOT SEED, INC.<br><br>          Debtor | Chapter 11<br>No. 03-84217 |
| PATRIOT SEED, INC.<br><br>          Plaintiff<br><br>v.<br><br>DON BAUER<br><br>          Defendant | Adversary<br>No. |

### COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER

Debtor, by Barry M. Barash and Jamie L. Ross of Barash & Everett, LLC, its attorneys, complaining of defendant, alleges:

1.      Patriot Seed, Inc. ("Patriot" or "Debtor"), filed a voluntary petition under Chapter 11 of the Bankruptcy Code on September 4, 2003.

2.      Upon filing, Patriot became a debtor-in-possession, 11 USC §101.

3.      11 USC §1107 grants to a debtor-in-possession in Chapter 11 the avoiding powers of a trustee, including the power to avoid preferential transfers, 11 USC §547.

4.      The transactions described in this complaint are avoidable preferences as defined by 11 USC §547(b).

5.      Within the 90 days preceding September 4, 2003, i.e., between Friday, June 6, 2003, and Thursday, September 4, 2003, Patriot transferred to the defendant bagged seed corn in the quantities and in the amounts set forth on **Exhibit 1**. The total value of the amount so transferred by Patriot to the defendant was $2,376, and the defendant gave Patriot credit for this amount on the defendant's books of account.

6.      The transfer of the seed was on account of an antecedent debt which Patriot owed to the defendant before the transfer was made.

7.      The transfer was made while Patriot was insolvent and enabled the defendant to receive more than he would have received if:

    a.      This case were a case under Chapter 7 of Title 11 of the
            United States Code;



    b.    The transfer had not been made; and

    c.    The defendant received payment of such debt to the extent provided by the provisions of Title 11 of the United States Code.

8.    The transfers are automatically preserved for the benefit of the estate, 11 USC §551.

9.    Plaintiff is entitled to prejudgment interest from the date of the filing of this complaint to the date of judgment.

Relief sought:

    a.    Judgment against defendant in the amount of $2,376.

    b.    Prejudgment interest.

    c.    Costs.

    d.    Such other proper relief.

_____
Barry M. Barash
One of Plaintiff's Attorneys

## REQUEST FOR SUMMONS

The clerk will please issue summons for service upon defendant as follows:

Don Bauer
11769 N. 200th Street
Altamont, IL 62411

Barry M. Barash (ARDC Reg. #108928) and
Jamie L. Ross (ARDC Reg. #6257634) of
Barash & Everett, LLC
Plaintiff's Attorneys
256 South Soangetaha Road, Suite 108
PO Box 1408
Galesburg, IL 61402-1408
Telephone:   309/341-6010
Telefax:   309/341-1945
E-Mail: barashb@barashlaw.com