E-FILED
Tuesday, 17 May, 2005 02:24:58 PM
Clerk, U.S. District Court, ILCD

*Preferences (Corn Seed)*

| AssociateID | 500001 |
|---|---|
| Name | Don Bauer |
| Address | 11769 N 200th St |
| | Altamont    IL   62411 |
| Phone | (618) 483-6486 |

| Date: | SR: | ProductID: | Bulk: | Trtmnt: | Size: | Lot: | Quantity: | UnitPrice: | AmtExtended: | Units: | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/31/2003 | 55221 | 61-561 | 1 | NA | PD3 | G3Q1L6 | 27.00 | $98.00 | $2,646.00 | 27.00 | |
| 7/31/2003 | 55221 | CornDiscount | | | | | 27.00 | ($10.00) | ($270.00) | 27.00 | |
| | | | | | | | | | $2,376.00 | | |

PLAINTIFF'S EXHIBIT 1

Thursday, September 18, 2003

Page 13 of 92