UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

2004 JAN 13 A 10: 18

FILED

Case No.: 3-842178

Chapter: 11

In re:   Patriot Seeds Incorporated
         Debtor

---

:   Patriot Seeds Incorporated                Adv. Case No.: 03-08277

                    Plaintiff
         -vs-

:   Don Bauer
                    Defendant.                **TRIAL BY JURY DEMANDED**

**ANSWER TO COMPLAINT TO AVOID AND**

**RECOVER PREFERENTIAL TRANSFER**

COMES now the defendant, Don Bauer pro se, in the above referenced adversary with his answer and in support states:

1. The defendant, Don Bauer, cannot admit or deny the allegations in paragraph one, as he is without knowledge or information sufficient to form a belief as to the truth of the averment and thereby demands strict proof thereof. Further, the summons for this adversary is the first notice to this defendant of any legal proceeding filed by the plaintiff.

2. The defendant, Don Bauer, cannot admit or deny the allegations in paragraph two, as he is without knowledge or information sufficient to form a belief as to the truth of the averments and there by demands strict proof thereof. Further, the summons for this



adversary is the first notice to this defendant of any legal proceeding filed by the plaintiff.

3. The defendant, Don Bauer, cannot admit or deny the allegations in paragraph three, as he is without knowledge or information sufficient to form a belief as to the truth of the averments and there by demands strict proof thereof. Further, the summons for this adversary is the first notice to this defendant of any legal proceeding filed by the plaintiff.

4. The defendant, Don Bauer, cannot admit or deny the allegations in paragraph four, as he is without knowledge or information sufficient to form a belief as to the truth of the averments and thereby demands strict proof thereof, except the defendant denies there are or were transactions as described in the complaint. Further, the summons for this adversary is the first notice to this defendant of any legal proceeding filed by the plaintiff.

5. The defendant, Don Bauer, denies all the averments in paragraph five.

6. The defendant, Don Bauer in answer to paragraph six, denies any transfer ever took place, but admits Patriot owes the defendant.

7. The defendant, Don Bauer, denies that any transfer ever took place and therefore denies all the averments in paragraph seven.

8. The defendant, Don Bauer, denies that any transfers ever took place and therefore denies the conclusions contained in paragraph eight.    2

9. The defendant, Don Bauer, denies all the averments in paragraph nine.

10. The defendant, Don Bauer, denies the adversary proceeding is a core proceeding and the defendant, Don Bauer does not consent to entry of final orders or judgment by the bankruptcy judge.

WHEREFORE, the defendant, Don Bauer, moves the Court grant no relief to the Plaintiff, Patriot Seeds Incorporated.

Respectfully submitted,

*Don W. Bauer*
Don Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

## COUNTERCLAIM

COMES now the defendant, Don Bauer, in the above referenced adversary with his counterclaim and in support states:

### FRAUD

1. That Patriot Seeds, Inc. thru its attorney, Barry M. Barash, represented to this Court that it had transferred seed corn to Don Bauer

2. That Patriot Seeds, Inc. knew that it had not transferred any seed corn to Don

3

Bauer as represented.

3. That Patriot Seeds, Inc. intended to induce Don Bauer to allowing a judgment be entered against him in the excess of $2,376.00.

4. That Don Bauer had to rely on the representation as alleged in paragraph one as true because this Court would consider them true and enter a judgment against Don Bauer.

5. That Patriot Seeds, Inc. thru its attorney, Barry M. Barash, concealed and is concealing from this Court that it owes Don Bauer $2,376.00 plus patriot bucks in the excess of $3,000.00

6. That Don Bauer has been and is being damaged by Patriot Seeds, Inc. by its concealment of the debt due him and the false claim that seed was transferred to him.

7. That the business esteems of Don Bauer have been damaged by the Patriot Seeds', Inc. actions and concealment.

WHEREFORE, Don Bauer, after a trial by jury moves this Court to enter a judgment against Patriot Seeds, Inc. for $5,376.00 and exemplary damages of $500,000.00.

Respectfully submitted,

*Donald W. Bauer*
Don Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

## PROOF OF SERVICE

The undersigned certifies that a true copy of the **ANSWER TO COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER and COUNTERCLAIM** were placed in the U.S. mail, with proper postage affixed and addressed to Barry M Barash POB 1408 Galesburg, IL 61402 this 27th day of January 2004

                             Don Bauer
                             11769 North 200th Street
                             Altamont, Illinois 62411
                             (618) 483-6486



HARDIN H. HAWES, CLERK
U.S. BANKRUPTCY COURT
CENTRAL ILLINOIS DISTRICT

2004 JAN 13  A 10: 18

FILED

## MEMO

TO:  Clerk, U.S. Bankruptcy Court
     Central District of Illinois
     216 Federal Building
     100 N. E. Monroe Street
     Peoria, Illinois 61602-1003

FROM:  Donald W. Bauer
       11769 North 200th Street
       Altamont, Illinois 62411
       (618) 483-6486

RE:  Chapter 11 No. 03-84217 (Adversary No. 03-08277)


Please file the enclosed **ANSWER TO COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER and COUNTERCLAIM** If there are any questions, feel free to telephone me at the above listed telephone number. Thank you.


Respectfully.

*Donald W. Bauer* (signature)
Don Bauer