E-FILED
Wednesday, 18 May, 2005  02:55:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

HAROLD W. HATES, CLERK
U.S. BANKRUPTCY COURT
CENTRAL ILLINOIS DISTRICT

2004 FEB -2  A 10: 52

FILED

| | |
|---|---|
| IN RE<br><br>PATRIOT SEEDS, INC.<br><br>　　　　Debtor | Chapter 11<br>No. 03-84217 |
| PATRIOT SEEDS, INC.<br><br>　　　　Plaintiff<br><br>v.<br><br>Don Bauer<br><br>　　　　Defendant | Adv. Case No. 03-08277 |

### PLAINTIFF-COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS DEFENDANT-COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM

Patriot Seeds, Inc. ("Patriot"), Plaintiff-Counterclaim Defendant, moves the Court to dismiss the counterclaim of Defendant-Counterclaim Plaintiff, Don Bauer, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted. Plaintiff-Counterclaim Defendant's Memorandum in Support of Its Motion To Dismiss Defendant-Counterclaim Plaintiff's Counterclaim is attached in support of this motion.

Dated: January 30, 2004

　　　　　　　　　　　　　　　　　　　　　　_Thomas A. Hill_
　　　　　　　　　　　　　　　　　　　　　　Thomas A. Hill
　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

9/1

## PROOF OF SERVICE

I certify that on January 30, 2004, I mailed a copy of this document to:

Woodrow W. Cheesman, CEO
Patriot Seeds, Inc.
PO Box 97
Bowen, IL 62316

US Trustee
401 Main Street, Suite 1100
Peoria, IL 61602

Don Bauer
11769 N. 200th Street
Altamont, IL 62411

*Thomas A. Hill*
Thomas A. Hill

Barry M. Barash (ARDC Reg. #108928)
Jamie L. Ross (ARDC Reg. #6257634)
Thomas A. Hill (ARDC Reg. 6280216)
Barash & Everett, LLC
Plaintiff's Attorneys
256 South Soangetaha Road, Suite 108
PO Box 1408
Galesburg, IL 61402-1408
Telephone:  309/341-6010
Fax:        309/341-1945
Email: barashb@barashlaw.com