E-FILED
Wednesday, 18 May, 2005 02:59:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE<br><br>PATRIOT SEEDS, INC.<br><br>Debtor | Case No. 03-84217<br>Chapter 7 |
| RICHARD E. BARBER, Trustee<br><br>Plaintiff<br><br>vs.<br><br>DON BAUER<br><br>Defendant | Adv. Proc. No. 03-08277 |

**AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER**

Richard E. Barber, Chapter 7 trustee for Patriot Seeds, Inc., by Barry M. Barash and Jamie L. Ross of Barash & Everett, LLC, its attorneys, complaining of defendant, alleges:

1.  Plaintiff is Patriot Seeds, Inc.'s Chapter 7 trustee. This court thus has jurisdiction over this proceeding which arises in a case under Title 11 of the United States Code ("Bankruptcy Code") and concerns property of the debtor, pursuant to 28 USC § 1334.

2.  This is a core proceeding to avoid and recover a preference, 28 USC § 157(b)(2)(F).

3.  Patriot Seed, Inc. ("Patriot" or "Debtor"), filed a voluntary petition under Chapter 11 of the Bankruptcy Code on September 4, 2003.

4.  11 USC § 547 grants the trustee the power to avoid preferential transfers.

5.  The transactions described in this complaint are avoidable preferences as defined by 11 USC §547(b).

6.  Within the 90 days preceding September 4, 2003, i.e., between Friday, June 6, 2003, and Thursday, September 4, 2003, Patriot transferred to the defendant bagged seed corn in the quantities and in the amounts set forth on **Exhibit 1**. The total value of the amount so transferred by Patriot to the defendant was $2,376, and the defendant gave Patriot credit for this amount on the defendant's books of account.

7. The transfer of the seed was on account of an antecedent debt which Patriot owed to the defendant before the transfer was made.

8. The transfer was made while Patriot was insolvent and enabled the defendant to receive more than he would have received if:

    a. This case were a case under Chapter 7 of Title 11 of the United States Code;

    b. The transfer had not been made; and

    c. The defendant received payment of such debt to the extent provided by the provisions of Title 11 of the United States Code.

9. The transfers are automatically preserved for the benefit of the estate, 11 USC §551.

10. Plaintiff is entitled to prejudgment interest from the date of the filing of this complaint to the date of judgment.

Relief sought:

    a. Judgment against defendant in the amount of $2,376.

    b. Prejudgment interest.

    c. Costs.

    d. Such other proper relief

/s/ Barry M. Barash  
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

I certify that on May 26, 2004, a notice of electronic filing of this document was served upon the following parties who are "filing users" registered with this court to receive electronic notice through the court's electronic filing system:

Sabrina M. Petesch
Attorney for US Trustee
sabrina.m.petesch@usdoj.gov

I further certify that as to the following "non-filing user," I mailed a copy of this document to such person by United States mail said date:

Donald W. Bauer
11769 North 200th Street
Altamont, IL  62411

/s/ Barry M. Barash
One of Plaintiff's Attorneys

Barry M. Barash (ARDC Reg. #108928)
Jamie L. Ross (ARDC Reg. #6257634)
Thomas A. Hill (ARDC Reg. #6280216)
Barash & Everett, LLC
Plaintiff's Attorneys
256 South Soangetaha Road, Suite 108
PO Box 1408
Galesburg, IL  61402-1408
Telephone:   309/341-6010
Telefax:       309/341-1945
E-Mail: barashb@barashlaw.com

3

## Preferences (Corn Seed)

AssociateID: 500001
Name: Don Bauer
Address: 11709 N 200th St
Altamont    IL    62411
Phone: (618) 483-6486

| Date: | SR: | ProductID: | Bulk: | Trtmt: | Size: | Lot: | Quantity: | UnitPrice: | AmtExtended: | Units: | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/31/2003 | 55221 | 61 561 | 1 | NA | PD3 | G3Q1L6 | 27.00 | $98.00 | $2,646.00 | 27.00 | |
| 7/31/2003 | 55221 | CornDiscount | | | | | 27.00 | ($10.00) | ($270.00) | | |
| | | | | | | | | | $2,376.00 | 27.00 | |


PLAINTIFF'S EXHIBIT 1