E-FILED
Wednesday, 18 May, 2005  03:04:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

2004 JUL 22  A 10: 21

FILED

Case No.:   3-84217

Chapter:  7

In re:   Patriot Seeds Incorporated
         Debtor

---

:   Patriot Seeds Incorporated          Adv. Case No.:  03-08277

                  Plaintiff
    -vs-

:   Don Bauer
                  Defendant.            **TRIAL BY JURY DEMANDED**

### ANSWER TO AMENDED COMPLAINT TO AVOID AND

### RECOVER PREFERENTIAL TRANSFER

COMES now the defendant, Don Bauer pro se, in the above referenced adversary with his answer and in support states:

1. The defendant, Don Bauer, cannot admit or deny the allegations in paragraph one, as he is without knowledge or information sufficient to form a belief as to the truth of the averment and thereby demands strict proof thereof. Further, the summons for this adversary is the first notice to this defendant of any legal proceeding filed by the plaintiff.

2. The defendant, Don Bauer, denies that this is a core proceeding and demands strict

proof thereof by plaintiff.

3. The defendant, Don Bauer, cannot admit or deny the allegations in paragraph three, as he is without knowledge or information sufficient to form a belief as to the truth of the averments and there by demands strict proof thereof. Further, the summons for this adversary is the first notice to this defendant of any legal proceeding filed by the plaintiff.

4. The defendant, Don Bauer, cannot admit or deny the allegations in paragraph four, as he is without knowledge or information sufficient to form a belief as to the truth of the averments and there by demands strict proof thereof. Further, the summons for this adversary is the first notice to this defendant of any legal proceeding filed by the plaintiff.

5. The defendant, Don Bauer, cannot admit or deny the allegations in paragraph five, as he is without knowledge or information sufficient to form a belief as to the truth of the averments and thereby demands strict proof thereof, except the defendant denies there are or were transactions as described in the complaint. Further, the summons for this adversary is the first notice to this defendant of any legal proceeding filed by the plaintiff.

6. The defendant, Don Bauer, denies all the averments in paragraph six and demands strict proof thereof by plaintiff.

7. The defendant, Don Bauer in answer to paragraph seven, denies any transfer ever took place, but admits Patriot owes the defendant monies..

8. The defendant, Don Bauer, denies that any transfer ever took place and therefore denies all the averments in paragraph eight and demands strict proof thereof by plaintiff..

9. The defendant, Don Bauer, denies that any transfers ever took place and therefore denies the conclusions contained in paragraph nine and demands strict proof thereof by plaintiff.

10. The defendant, Don Bauer, denies all the averments in paragraph ten and demands strict proof thereof by plaintiff..

11. The defendant, Don Bauer, does not consent to entry of final orders or judgment by the bankruptcy judge.

## FURTHER ANSWER

(UNCLEAN HAND/BANKRUPTCY FRAUD)

12. The defendant, Don Bauer, states that the 2003 planting season of March-May had passed when any of the alleged transfers made by the Plaintiff from which this cause and many other adversary causes are based.

13. That any of the alleged transfers made by the Plaintiff from which this cause and many other adversary causes are based were made when Plaintiff knew that the plaintiff was in default in paying its Grower Agreement Fees and in paying its seedstock license fees and royalties on July 25, 2003. See a true correct copy of the letter marked as Exhibit A, which attached hereto and expressly incorporated

herein, which was furnished in discovery by the Plaintiff

14. That the Plaintiff knew or had to know that when any alleged transfers were made that they could not and would not pay the licensing agreement and therefore the seed would be worthless for planting or sale for the next growing season.

15. That it appears the Plaintiff made the alleged transfers with the intent of filing a bankruptcy with unclean hands and to use the protection of the Bankruptcy Court for extorting monies for itself, its attorneys and others.

WHEREFORE, the defendant, Don Bauer, moves the Court grant no relief to the Plaintiff, **Patriot Seeds Incorporated**, dismiss Patriot Seeds Incorporated from Bankruptcy protection and further request this Court to turn the Plaintiff, its agents and its attorney over to the Justice Department to be investigated for Bankruptcy Fraud.

Respectfully submitted,

*/s/ Donald W. Bauer*
Don Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

## COUNTERCLAIMS

COMES now the defendant, Don Bauer, in the above referenced adversary with and hereby present his counterclaims. The Defendant herein cite two cause of action: (1) Unjust Enrichment and (2) Defamation of Character.

### First Cause of Action

(1) Unjust Enrichment

1. That the defendant, Don Bauer, demand this cause of action to be heard in a Trail by Jury.

2. That the defendant, Don Bauer, state and allege all previous facts as if stated herein.

3. That the Plaintiff has demonstrated, its actions, its willingness to use the judicial system to gain unjust enrichment.

4. That the Plaintiff seeks remedy in the instant mater to extort money from the Defendant.

5. That it is prima facia that the Plaintiff is attempting to gain unjust enrichment by bring the present action.

6. That the Defendant, is being damaged on a daily basis by the continuance of the Plaintiff' action.

**WHEREFORE**, the defendant, Don Bauer, moves the Court to grant judgment against the Plaintiff, in favor of the defendant, in the amount of $500,000.00, as

compensatory and/or exemplary damages, plus interest at the allowable under law, to assess the costs of this action to the Plaintiff, to grant judgment against the Plaintiff for legal fees and cost, including attorney fees (if any); and for any other relief against the Plaintiff deemed just and proper.

### Second Cause of Action

(2) Defamation of Character;

1. That the defendant, Don Bauer, demand this cause of action to be heard in a Trail by Jury.

2. That the defendant, Don Bauer, state and allege all previous facts as if stated herein.

3. That the Plaintiff's actions have caused the defendant, Don Bauer, to suffer lost of business esteem in the community and Defamation of Character.

4. That it is well known that every action brought is reported to Credit Agencies across the nation, and that said reporting of this case damages the defendant's reputation beyond repair.

5. That this action is the result of some unknown scheme or greed by the Plaintiff.

6. That the only result of this action is that of Defamation of Character, the

defendant being the target of said defamation..

7. That the Plaintiff's actions, as set out by their own filings, is prima facia that they will resort to any level to destroy the Defendant and anyone that does business with him in any way, namely this Defendant.

8. That the Defendant is being damaged on a daily basis by the continuance of this action.

**WHEREFORE**, the defendant, Don Bauer, moves the Court to grant judgment against the Plaintiff, in favor of the defendant, in the amount of $500,000.00, as compensatory and/or exemplary damages, plus interest at the allowable under law, to assess the costs of this action to the Plaintiff, to grant judgment against the Plaintiff for legal fees and cost, including attorney fees (if any); and for any other relief against the Plaintiff deemed just and proper.

Respectfully submitted,

*Donald W. Bauer*
Don Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

## PROOF OF SERVICE

The undersigned certifies that a true copy of the **ANWER TO AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER,** was placed in the U.S. mail, with proper postage affixed and addressed to Barry M Barash POB 1408 Galesburg, IL 61402 this 21st day of

July, 2004.

*Don Bauer*
Don Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486