UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE<br><br>PATRIOT SEED, INC.<br>　　　　　Debtor | Chapter 7<br>No. 03-84217 |
| RICHARD E. BARBER, Trustee<br>　　　　　Plaintiff<br>　　vs.<br>DON BAUER<br>　　　　　Defendant | Adversary<br>No. 03-08277 |

**MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT
TO AVOID AND RECOVER PREFERENTIAL TRANSFER**

　　　　Plaintiff, by Barry M. Barash and Thomas A. Hill, of Barash & Everett, LLC, his attorneys, moves to strike the answer and jury demand filed by the defendant, Don Bauer, and in support of this motion says:

　　　　1.　　Rule 8 of the Federal Rules of Civil Procedure is made applicable to bankruptcy proceedings by Bankruptcy Rule 7008.

　　　　2.　　Rule 8(b) requires a party to "admit or deny the averments upon which the adverse party relies."

　　　　3.　　The rule continues:

> If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. Denials shall fairly meet the substance of the averments denied.

　　　　4.　　Rule 9011(b) of the Bankruptcy Rules provides: "By presenting to the court (whether by signing, filing, submitting, or later advocating) a petition, pleading, written motion, or other paper, an attorney or unrepresented party is certifying that to the best of the person's knowledge, information, or belief, formed after an inquiry reasonable under the circumstances,--

....
(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information or belief."

5. In his answer, Bauer either denies or claims that he cannot admit or deny the following allegations: (1) that the plaintiff is Patriot Seeds, Inc.'s trustee, (2) that this court has jurisdiction over this proceeding, which arises under Title 11 of the United States Code, (3) that this is a core proceeding, and (4) that 11 U.S.C. § 547 grants the trustee the power to avoid preferential transfers.

6. His answers were not made after a reasonable inquiry. For example, Bauer need only have turned to 28 USC § 157(b)(2)(F) (which was cited in the plaintiff's complaint) in order to determine that a preference proceeding is a core matter. If he had taken a look at 11 U.S.C. § 547(b), he would have learned that the Chapter 7 trustee has the power to avoid preferential transfers.

7. Bauer also claims that he cannot admit or deny whether the plaintiff is the Chapter 7 trustee. Given that he objected to the employment of Barash & Everett, LLC by the Chapter 7 trustee and discussed the matter at a hearing, it can safely be assumed that he knows who's suing him.

8. Bauer demands a jury trial. He may have had a right to a jury, but on May 28, 2004, he filed a proof of claim for $5,376.00, (**Pl's. Ex. 1**), and although creditors who don't file claims are entitled to a jury trial in any legal action that the trustee brings to recover preferential transfers, a creditor who does file a claim in the bankruptcy estate subjects himself to the equitable power of the bankruptcy court and therefore has no right to a jury trial. *See Langenkamp v. Culp*, 498 U.S. 42, 111 S.Ct. 330, 112 L.Ed.2d 343 (1990), *rehearing denied* 498 U.S. 1043, 111 S.Ct. 721, 112 L.Ed.2d 709 (1991).

Relief sought:

    a. That Bauer's answer be struck.

    b. That Bauer's jury demand be denied.

    c. Such other proper relief.

/s/ Thomas A. Hill
One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

 I certify that on August 2, 2004, a notice of electronic filing of this document was served upon the following parties who are "filing users" registered with this court to receive electronic notice through the court's electronic filing system:

 U. S. Trustee
 USTPRegion10.PE.ECF@usdoj.gov

 I further certify that as to the following "non-filing users," I mailed a copy of this document to such persons by United States mail said date:

 Don Bauer
 11769 N. 200th St.
 Altamont, IL 62411


          /s/ Thomas A. Hill



Barry M. Barash (ARDC Reg. #108928) and
Thomas A. Hill (ARDC Reg. #6280216) of
Barash & Everett, LLC
Plaintiff's Attorneys
256 South Soangetaha Road, Suite 108
PO Box 1408
Galesburg, IL 61402-1408
Telephone: 309/341-6010
Fax:   309/341-1945
E-Mail: barashb@barashlaw.com