UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE<br><br>PATRIOT SEED, INC.<br><br>Debtor | Chapter 7<br>No. 03-84217 |
| RICHARD E. BARBER, Trustee<br><br>Plaintiff<br><br>vs.<br><br>DON BAUER<br><br>Defendant | Adversary<br>No. 03-08277 |

**PLAINTIFF-COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS DEFENDANT-COUNTERCLAIM PLAINTIFF'S UNJUST ENRICHMENT AND DEFAMATION COUNTERCLAIMS**

The plaintiff, by his attorneys, Thomas A. Hill and Barry M. Barash of Barash and Everett, LLC, moves the court to dismiss the defendant's unjust enrichment and defamation counterclaims. Attached in support of his motion is Plaintiff-Counterclaim Defendant's Memorandum in Support of His Motion to Dismiss Defendant-Counterclaim Plaintiff's Unjust Enrichment and Defamation Counterclaims.

/s/ Thomas A. Hill
One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

      I certify that on August 5, 2004, I mailed a copy of this document to the following "non-filing user" by United States mail:

Don Bauer
11769 N. 200th St.
Altamont, IL 62411


                /s/ Thomas A. Hill


Barry M. Barash (ARDC Reg. #108928) and
Thomas A. Hill (ARDC Reg. #6280216) of
Barash & Everett, LLC
Plaintiff's Attorneys
256 South Soangetaha Road, Suite 108
PO Box 1408
Galesburg, IL 61402-1408
Telephone:   309/341-6010
Fax:         309/341-1945
E-Mail: barashb@barashlaw.com