E-FILED
Wednesday, 18 May, 2005  03:31:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

2004 AUG 12 A 10: 53

FILED

Case No.:   3-84217

Chapter:  7

In re:    Patriot Seeds Incorporated
          Debtor

---

:    Patriot Seeds Incorporated          Adv. Case No.: 03-08277

                    Plaintiff
     -vs-

:    Don Bauer
                    Defendant.           **TRIAL BY JURY DEMANDED**

## MOTION TO REMAND

COMES now the defendant, Don Bauer, pro se, in the above referenced adversary with his motion and in support states:

1. The Plaintiff herein has filed an AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER.

2. That said amended complaint referred to herein is devoid of any request for relief to return any alleged property of the Plaintiff.

3. That the relief requested by the Plaintiff is for a money judgment against this Defendant and by Plaintiff's own filings herein desires an Article 1 Court to grant said money judgment.

4. That the Defendant, Don Bauer, does not consent to any order granting a money judgment for the Plaintiff by an Article 1 Court.

5. That the defendant, Don Bauer, does not consent to the Article 1 Court to entering orders concerning the motion for summary judgment (filed by the defendant) and the plaintiff-counterclaim defendant's motion to dismiss defendant, counterclaim plaintiff's unjust enrichment and defamation counterclaims.

6. That the defendant, Don Bauer, expressly alleges and incorporates herein the attached memorandum in support.

WHEREFORE, the defendant, Don Bauer, moves this court to remand the proceedings herein to the District Court for further proceedings under an Article 3 judge.

Respectfully submitted,

*/s/ Donald W. Bauer*
Don Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003



2004 AUG 12 A 10: 53

FILED

Case No.:   3-84217

Chapter:  7

In re:     Patriot Seeds Incorporated
           Debtor

---

:    Patriot Seeds Incorporated           Adv. Case No.:  03-08277

                Plaintiff
       -vs-

:    Don Bauer
                Defendant.           **TRIAL BY JURY DEMANDED**

PROOF OF SERVICE

The undersigned certifies that a true copy of the MOTION TO STRIKE PLAINTIFF'S MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER, RESPONSE TO PLAINTIFF-COUNTERCLAIM DEFNDANT'S MOTION TO DISMISS DEFENDANT-COUNTERCLAIM PLAINIFF'S UNJUST ENRICHMENT AND DEFAMATION COUNTERCLAIMS and MOTION TO REMAND were placed in the U.S. mail, with proper postage affixed and addressed to Barry M Barash POB 1408 Galesburg, IL 61402-1408 this 11th day of August, 2004.

*Lauretta Bauer*
Lauretta Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486