UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

Case No.: 3-84217

Chapter: 7

In re:   Patriot Seeds Incorporated
         Debtor

:   Patriot Seeds Incorporated          Adv. Case No.: 03-08277

                    Plaintiff
    -vs-

:   Don Bauer
                    Defendant.          TRIAL BY JURY DEMANDED

## MOTION TO STRIKE PLAINTIFF'S MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER

COMES now the defendant, Don Bauer, pro se, in the above referenced adversary with his motion and in support states:

1. That the MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER filed by the Plaintiff herein is not warranted by existing law or by a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.

2. That said motion of the Plaintiff is not based on fact and attached hereto,

expressly incorporated herein, marked as Exhibit 1 is the MOTION FOR SUMMARY JUDGMENT filed by the defendant, Don Bauer.

3. That attached hereto and expressly incorporated herein is the memorandum in support of this response.

4. That it appears that the motion to strike filed by the Plaintiff is to harass, increase the cost of litigation, hinder and delay this cause.

WHEREFORE, the defendant, Don Bauer, moves this court to strike Plaintiff's MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER and enter a default judgment against the Plaintiff in favor of the defendant, Don Bauer..

Respectfully submitted,

*Donald W Bauer*
Don Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

2004 AUG 12 A 10: 53

FILED

Case No.: 3-84217

Chapter: 7

In re: Patriot Seeds Incorporated
Debtor

---

: Patriot Seeds Incorporated                    Adv. Case No.: 03-08277

Plaintiff
-vs-

: Don Bauer
                    Defendant.         **TRIAL BY JURY DEMANDED**

PROOF OF SERVICE

The undersigned certifies that a true copy of the MOTION TO STRIKE PLAINTIFF'S MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER, RESPONSE TO PLAINTIFF-COUNTERCLAIM DEFNDANT'S MOTION TO DISMISS DEFENDANT-COUNTERCLAIM PLAINIFF'S UNJUST ENRICHMENT AND DEFAMATION COUNTERCLAIMS and MOTION TO REMAND were placed in the U.S. mail, with proper postage affixed and addressed to Barry M Barash POB 1408 Galesburg, IL 61402-1408 this 11th day of August, 2004.

*Lauretta Bauer*
Lauretta Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486