UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

Case No.:   3-84217

Chapter:  7

In re:   Patriot Seeds Incorporated
         Debtor

---

:   Patriot Seeds Incorporated         Adv. Case No.: 03-08277

                    Plaintiff
    -vs-

:   Don Bauer
                    Defendant.         **TRIAL BY JURY DEMANDED**

## MOTION FOR SUMMARY JUDGMENT

Now comes, Donald W. Bauer, pro se, with his MOTION For Summary Judgment directed at the AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER and in support states and deposes:

## INTRODUCTION

The basis of this motion is Donald W. Bauer never received seed corn from Patriot Seeds Inc. during the 90 days preceding the filing of the bankruptcy of Patriot Seeds Inc. Donald W. Bauer requests summary judgment be entered against the Plaintiff in the above stated cause.



EXHIBIT
1

## MATERIAL FACTS CLAIMED TO BE UNDISPUTED

That the defendant in the above stated cause, Donald W. Bauer, NEVER received any seed corn from the debtor, Patriot Seeds Inc. for the payment Of the debt Patriot Seeds Inc. owed the defendant, Donald W. Bauer (a/k/a Don Bauer) between Friday, June 6, 2003 and Thursday, September 4, 2003. See Exhibit A attached hereto and expressly incorporated herein, which is an affidavit of the defendant, Donald W. Bauer, and Exhibit B which is a copy of shipping report which was supplied by the plaintiff pursuant to the U.S. Bankruptcy Court's order, which shows on its face that the associate Donald W. Bauer (a/k/a Don Bauer) never accepted any seed corn.

## APPLICABLE LAW

11USC 547 allows the trustee to set aside certain transfers. "The primary purpose of a motion for summary judgment is to avoid a useless trial, and summary judgment is a procedural devise for promptly disposing of actions in which there is no genuine issue of any material fact even though such issue might have been raised by formal pleadings. The very purpose of Rule 56 is to eliminate a trial in such cases where a trial is unnecessary and results in delay and expense." Accord 6 J. Moore's Federal Practice, 56.04 (1), at 56-67 et. seq. and Cases cited therein (2d Ed. 1981).

## ARGUMENT

The Plaintiff in his AMENEDED COMPLAINT TO AVOID AND RECOVER

PREFERENTIAL TRANSFER desires to set aside a transfer that was NEVER made. One cannot prove a negative, which in this cause will not happen as no seed corn, as alleged, was received from the plaintiff by the defendant.

WHEREFORE, the defendant, Donald W. Bauer, moves this Court to enter summary judgment against the plaintiff, Patriot Seeds Inc. and any other relief the Court deems fit against the Plaintiff in favor of the defendant, Donald W. Bauer..

Respectfully submitted,

Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486