**Patriot Seed**
208 S. Worrell, Box 97
Bowen, IL 62316
800-643-1518
www.patriotseed.com

## Shipping Report page 1
Initiated 7/31/2003 5:07:18 PM

Load Order No. _____ Ship Via __CPU__

No. **55221**    89718

| Associate ID | 50-00-01 |
|---|---|
| Name | Don Bauer |
| Address | 11769 N 200th St / Altamont IL 62411 |
| Phone | (618) 483-6486 |
| Warehouse | Bowen, IL |

Date __31-Jul-03__

| Quantity Ordered | Quantity Shipped | Variety | Seed Size UT/T | Lot Number | Initial | Comments |
|---|---|---|---|---|---|---|
| 12 | 0 | 61-480 | PD3 | R0K2G4 [31.8 lbs] | | Bay 200  0.5 Unit Bag |
| 4 | 0 | 61-480 | PD3 | R0K2G4 [31.8 lbs] | | Bay 437  0.5 Unit Bag |
| 17 | 0 | 61-480 | PB4 | Q5D1S9 [40 lbs] | | Bay 428  0.5 Unit Bag |
| 27 | 61-561 | P3 | G302L6 43.5/lb | | | 4 LG Sellable |

General Order Notes
Specific Invoice Note

Pallets Shipped Out _____  Pallets Returned to Warehouse _____

I acknowledge receipt of the above load and it is correct.
Note to Trucking Firm: Trucker's copy with Associate signature must be returned with bill for payment to be processed.

Trucker Signature __[signature]__    Date __7-31-03__    Associate Signature __[signature]__    Date _____

I have unloaded and counted the above load and find it to be correct as now recorded. I have read the Notices on the back of this page and accept this seed under these terms and conditions.

White - Bowen Office  *  Green - Warehouse  *  Canary - Trucker  *  Pink - RSM  *  Goldenrod - Associate

## Guarantee

*"When you open a bag of Patriot Seed, if the seed does not meet your expectations, call us for a replacement."*

*"Replacement with the same variety, if available, or with a similar variety."*

## Warranty and Disclaimer

Patriot Seed, hereinafter called the Company, warrants, only to the extent of the purchase price, that the seeds it sells are as described by the Company on our container within recognized tolerances. As a condition to warranty liability on its part, the Company must receive notice by registered mail of any claim that the seed is defective within 30 days after the defect in the seed becomes apparent. In the event this warranty is breached, the Company's liability shall be limited to providing a refund of the purchase price of the seed.

THE WARRANTY DESCRIBED IN THE PRECEDING PARAGRAPH SHALL BE IN LIEU OF ANY OTHER WARRANTY AND THE PARTIES AGREE THAT THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, ARE EXCLUDED AND SHALL NOT APPLY TO THE GOODS SOLD. ANY REPRESENTATIONS BY THE COMPANY ABOUT THE GOODS SOLD NOT CONTAINED HEREIN DO NOT CONSTITUTE WARRANTIES, SHALL NOT BE RELIED ON BY THE ASSOCIATE OR OTHER BUYER, AND ARE NOT PART OF THE CONTRACT FOR SALE.

THE PARTIES AGREE THAT, IN THE EVENT THE ASSOCIATE OR OTHER BUYER SUFFERS ANY LOSS OR DAMAGE DUE TO ANY PERFORMANCE OR NONPERFORMANCE OF ANY OBLIGATIONS IMPOSED BY THIS CONTRACT OR NEGLIGENT ACTS OR OMISSIONS BY THE COMPANY, THE ASSOCIATE'S OR OTHER BUYER'S SOLE AND EXCLUSIVE REMEDY AGAINST THE COMPANY SHALL BE FOR THE RETURN OF THE PURCHASE PRICE AS PROVIDED HEREIN. THE ASSOCIATE OR OTHER BUYER AGREES THAT NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO, INCIDENTAL OR CONSEQUENTIAL DAMAGES FOR LOST PROFITS, LOST SALES, INJURY TO PERSON OR PROPERTY, OR ANY OTHER INCIDENTAL OR CONSEQUENTIAL LOSS) SHALL BE AVAILABLE TO THE ASSOCIATE OR OTHER BUYER. THE SOLE PURPOSE OF THE STIPULATED EXCLUSIVE REMEDY SHALL BE TO PROVIDE THE ASSOCIATE OR OTHER BUYER WITH A RETURN OF THE PURCHASE PRICE AS PROVIDED HEREIN. THIS EXCLUSIVE REMEDY SHALL NOT BE DEEMED TO HAVE FAILED OF ITS ESSENTIAL PURPOSE AS LONG AS THE COMPANY IS WILLING AND ABLE TO RETURN THE PURCHASE PRICE TO THE ASSOCIATE OR OTHER BUYER.

This warranty and disclaimer shall be binding on all those paying for or accepting delivery of seed after receiving notice of the terms and conditions set forth herein. With respect to those who accept delivery of seed without prior notice of this warranty and disclaimer, if the terms set forth herein are not accepted, the seed may be returned to the Company in original, unopened containers within 10 days after the delivery of the seed and the purchase price will be refunded.

## Roundup Ready® Soybean Seed Notice

This Roundup Ready® soybean seed includes a limited license under U.S. Patents 4,535,060; 4,940,835 & 5,352,605 for planting of a commercial crop. The Grower agrees to pay Patriot Seed, acting as agent for Monsanto, a Technology Fee to be established by Monsanto. The Grower agrees not to supply any of this seed to anyone for planting and agrees not to save any crop produced from this seed for replanting or supply saved seed to anyone for replanting. The Grower agrees not to use this seed or provide it to anyone for crop breeding, research or seed production. If a herbicide containing the same active ingredient as Roundup® Ultra herbicide (or one with a similar mode of action) is used over the top of Roundup Ready® soybeans, the Grower agrees to use only Roundup branded herbicide.

Roundup Ready® and Roundup® are registered trademarks of Monsanto Company.

February 2002