E-FILED
Wednesday, 18 May, 2005 03:45:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

Case No.:   3-84217

Chapter: 7

In re:   Patriot Seeds Incorporated
         Debtor

---

:   Patriot Seeds Incorporated         Adv. Case No.: 03-08277

                Plaintiff
        -vs-

:   Don Bauer
                Defendant.              **TRIAL BY JURY DEMANDED**

## RESPONSE TO PLAINTIFF-COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS DEFENDANT-COUNTERCLAIM PLAINTIFF'S UNJUST ENRICHMENT AND DEFAMATION COUNTERCLAIMS

COMES now the defendant, Don Bauer, pro se, in the above referenced adversary with his motion and in support states:

1. That attached hereto and expressly incorporated herein is the memorandum in support of this response.

WHEREFORE, the defendant, Don Bauer, moves this court deny PLAINTIFF-COUNTERCLAI M DEFENDANT'S MOTION TO DISMISS DEFENDANT-COUNTERCLAIM PLAIMTIFFLS UNJUST ENRICHMENT AND DEFAMATION COUNTERCLAIMS.

Respectfully submitted,

*Donald W Bauer* (signature)
Don Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

2004 AUG 12 A 10: 53

FILED

Case No.: 3-84217

Chapter: 7

In re:  Patriot Seeds Incorporated
        Debtor

:  Patriot Seeds Incorporated       Adv. Case No.: 03-08277

                Plaintiff
        -vs-

:  Don Bauer
                Defendant.           **TRIAL BY JURY DEMANDED**

PROOF OF SERVICE

The undersigned certifies that a true copy of the MOTION TO STRIKE PLAINTIFF'S MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER, RESPONSE TO PLAINTIFF-COUNTERCLAIM DEFNDANT'S MOTION TO DISMISS DEFENDANT-COUNTERCLAIM PLAINIFF'S UNJUST ENRICHMENT AND DEFAMATION COUNTERCLAIMS and MOTION TO REMAND were placed in the U.S. mail, with proper postage affixed and addressed to Barry M Barash POB 1408 Galesburg, IL 61402-1408 this 11th day of August, 2004.

Lauretta Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486