E-FILED
Wednesday, 18 May, 2005  04:01:38 PM
Clerk, U.S. District Court, ILCD

**IT IS SO ORDERED.**

**SIGNED THIS: September 22, 2004**


WILLIAM V. ALTENBERGER
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE<br><br>PATRIOT SEEDS, INC.<br><br>　　　　Debtor | Chapter 7<br>No. 03-84217 |
| RICHARD E. BARBER, Trustee<br><br>　　　　Plaintiff<br><br>　v.<br><br>DON BAUER<br><br>　　　　Defendant | Adversary<br>No. 03-08277 |

### ORDER

Upon consideration of the defendant's Motion to Strike Plaintiff's Motion to Strike Answer to Amended Complaint to Avoid and Recover Preferential Transfer and oral arguments at a hearing on the motion on September 15, 2004, IT IS ORDERED that the defendant's motion is denied.

XXX