E-FILED
Wednesday, 18 May, 2005  04:03:12 PM
Clerk, U.S. District Court, ILCD

**IT IS SO ORDERED.**

**SIGNED THIS: September 22, 2004**

_____
**WILLIAM V. ALTENBERGER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE<br><br>PATRIOT SEEDS, INC.<br>        Debtor | Chapter 7<br>No. 03-84217 |
| RICHARD E. BARBER, Trustee<br>        Plaintiff<br>  v.<br>DON BAUER<br>        Defendant | Adversary<br>No. 03-08277 |

**ORDER**

Upon consideration of the Plaintiff-Counterclaim Defendant's Motion to Dismiss Defendant-Counterclaim Plaintiff's Unjust Enrichment and Defamation Counterclaims, the response thereto, and oral arguments at a hearing on the motion on September 15, 2004, IT IS ORDERED that the plaintiff's motion is denied.

XXX