**E-FILED**
Wednesday, 18 May, 2005  04:13:39 PM
Clerk, U.S. District Court, ILCD

2004 SEP 28 A 10: 28
FILED

### UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

Case No.:    3-84217

Chapter:  7

In re:    Patriot Seeds Incorporated
Debtor

---

:    Patriot Seeds Incorporated              Adv. Case No.:  03-08277

Plaintiff

-vs-

:    Don Bauer

Defendant.              **TRIAL BY JURY DEMANDED**

## MOTION TO RECONSIDER PLAINTIFF'S MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER

COMES now the defendant, Don Bauer, pro se, in the above referenced

adversary with his motion and in support states:

1.  That on September 15, 2004 Judge William V. Altenberger granted Plaintiff's

above referenced motion in part.

2.  That Judge William V. Altenberger's ruling on said motion is not supported by

law that this Defendant cannot file an answer based upon the "lack of knowledge

or information sufficient to form a belief as to the truth of an averment" as stated

in Plaintiff's MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT

TO AVOID AND RECOVER PREFERENTIAL TRANSFER

WHEREFORE, the defendant, Don Bauer, moves this court grant this Motion to Reconsider Plaintiff's Motion to Strike Answer to Amended Complaint to Avoid and Recover Preferential Transfer against Patriot Seeds Inc. and any other relief t he Court deems fit against the Plaintiff in favor of the defendant, Donald W. Bauer.

Respectfully submitted,

Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

Case No.:    3-84217

Chapter: 7

In re:    Patriot Seeds Incorporated
          Debtor

---

:    Patriot Seeds Incorporated          Adv. Case No.:  03-08277

                    Plaintiff
         -vs-

:    Don Bauer
                    Defendant.          **TRIAL BY JURY DEMANDED**

                    PROOF OF SERVICE

The undersigned certifies that a true copy of the MOTION TO RECONSIDER

PLAINTIFF'S MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT TO

AVOID AND RECOVER PREFERENTIAL TRANSFER was placed in the U.S. mail,

with proper postage affixed and addressed to Barry M Barash POB 1408 Galesburg, IL

61402-1408 this 27th day of September, 2004.

Lauretta Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486