E-FILED
Wednesday, 18 May, 2005 04:16:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

2004 NOV -2 A 11: 10

FILED

Case No.:    3-84217

Chapter:  7

In re:    Patriot Seeds Incorporated
          Debtor

---

:    Patriot Seeds Incorporated            Adv. Case No.:  03-08277

                    Plaintiff
     -vs-

:    Don Bauer
                    Defendant.            **TRIAL BY JURY DEMANDED**

## MOTION FOR DEFAULT FOR COUNTERCLAIMS AGAINST PLAINTIFF

COMES now the defendant, Don Bauer, pro se, in the above referenced adversary with his MOTION FOR DEFAULT FOR COUNTERCLAIMS AGAINGST PLAINTIFF and in support deposes and states

1. That the defendant, Don Bauer, filed a two-count counterclaim on or about July 23, 2004 against the Plaintiff's AMENEDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER.

2. That the Plaintiff on or about August 6, 2004 filed a motion entitled PLAINITFF-COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS

DEFENDANT-COUNTERCLAIM PLAINTIFF'S UNJUST ENRICHMENT AND DEFAMATION COUNTERCLAIMS.

3. That the motion entitled PLAINITFF-COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS DEFENDANT-COUNTERCLAIM PLAINTIFF'S UNJUST ENRICHMENT AND DEFAMATION COUNTERCLAIMS was argued on September 15, 2004 and was denied by written order on September 22, 2004.

4. That more than 21 days has passed and the time has expired for Plaintiff to answer the two-count counterclaim of the defendant, Don Bauer.

5. That the Plaintiff has not requested an extension of time to plead.

6. That the Plaintiff is now in default.

7. That the time has expired and default judgment should enter against the Plaintiff.

**WHEREFORE**, the counter-plaintiff, Don Bauer, moves for a default for the relief requested in his counterclaim against the Plaintiff-Counterclaim Defendant.

Respectfully submitted,

*Donald W. Bauer* (signature)
Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486