E-FILED
Wednesday, 18 May, 2005  04:19:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE<br><br>PATRIOT SEEDS, INC.<br><br>Debtor | Chapter 7<br>No. 03-84217 |
| RICHARD E. BARBER, not personally, but as the Chapter 7 trustee for Patriot Seeds, Inc.<br><br>Plaintiff<br><br>vs.<br><br>DON BAUER<br><br>Defendant | Adversary<br>No.  03-08277 |

**PLAINTIFF-COUNTERCLAIM DEFENDANT'S ANSWER TO DEFENDANT-COUNTERCLAIM PLAINTIFF'S UNJUST ENRICHMENT AND FRAUD COUNTERCLAIMS**

    The plaintiff-counterclaim defendant, Richard E. Barber, not personally, but as the Chapter 7 trustee for Patriot Seeds, Inc., respectfully submits his answer and affirmative defenses to the unjust enrichment and defamation counterclaims filed by Don Bauer, the defendant-counterclaim plaintiff, on July 22, 2004.

### COUNT 1: UNJUST ENRICHMENT

    1.    The plaintiff-counterclaim defendant admits that the defendant-counterclaim plaintiff has demanded a trial by jury, and except as so admitted, denies each and every allegation attempted to be set forth in paragraph 1.

    2.    The plaintiff-counterclaim defendant denies the allegations of paragraph 2.

    3.    The plaintiff-counterclaim defendant denies the allegations of paragraph 3.

    4.    The plaintiff-counterclaim defendant denies the allegations of paragraph 4.

    5.    The plaintiff-counterclaim defendant denies the allegations of paragraph 5.

    6.    The plaintiff-counterclaim defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation in paragraph 6 and denies it on that basis.

## COUNT 2: DEFAMATION OF CHARACTER

1. The plaintiff-counterclaim defendant admits that the counterclaim-plaintiff has demanded a trial by jury, and except as so admitted, denies every each and every allegation attempted to be set forth in paragraph 1.

2. The plaintiff-counterclaim defendant denies the allegations of paragraph 2.

3. The plaintiff-counterclaim defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation in paragraph 3 and denies it on that basis.

4. The plaintiff-counterclaim defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation in paragraph 4 and denies it on that basis.

5. The plaintiff-counterclaim defendant denies the allegations of paragraph 5.

6. The plaintiff-counterclaim defendant denies the allegations of paragraph 6.

7. The plaintiff-counterclaim defendant denies the allegations of paragraph 7.

8. The plaintiff-counterclaim defendant denies the allegations of paragraph 8.

## AFFIRMATIVE DEFENSES

The plaintiff-counterclaim defendant alleges the following affirmative defenses with respect to the defendant-counterclaim plaintiff's counterclaims.

### AFFIRMATIVE DEFENSE TO THE UNJUST ENRICHMENT COUNTERCLAIM

The defendant-counterclaim plaintiff has failed to state a claim upon which relief may be granted because he does not allege that the plaintiff-counterclaim defendant has been unjustly enriched; he merely alleges that the plaintiff is attempting to become unjustly enriched.

### AFFIRMATIVE DEFENSE TO THE DEFAMATION COUNTERCLAIM

The allegations in the plaintiff-counterclaim defendant's complaint relate to the matter in controversy (i.e., the preference action). They are, accordingly, privileged communications, which cannot give rise to an action for defamation.

Relief Sought:

1. That the defendant-counterclaim plaintiff's counterclaims be dismissed with prejudice.

2. Such other relief as the court may deem proper.

/s/ Thomas A. Hill
One of Plaintiff's Attorneys

Barry M. Barash (ARDC Reg. #108928) and
Thomas A. Hill (ARDC Reg. #6280216) of
Barash & Everett, LLC
One of Plaintiff's Attorneys
256 South Soangetaha Road, Suite 108
PO Box 1408
Galesburg, IL 61402-1408
Telephone: 309/341-6010
Fax:       309/341-1945
E-mail: hillt@barashlaw.com

**CERTIFICATE OF SERVICE**

      I certify that on November 15, 2004, I mailed a copy of this document to the following party by United States mail:

Don Bauer
11769 N. 200th St.
Altamont, IL 62411

                                          /s/ Thomas A. Hill