**IT IS SO ORDERED.**

**SIGNED THIS: November 24, 2004**

_____
**WILLIAM V. ALTENBERGER
UNITED STATES BANKRUPTCY JUDGE**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    Patriot Seeds Incorporated                          Case No.    03-84217

Debtor(s)

In re:    Patriot Seeds Incorporated -vs- Don Bauer

Adv. No.    03-8277

**ORDER**

__X__  A hearing having been held November 22, 2004 on the following matters:

_____  The following having been filed:

1) _Defendant's Motion to Recuse Judge William V. Altenberger for Abuse of Discretion_
2) _____
3) _____
4) _____

IT IS ORDERED THAT:

| Matter | Action |
|--------|--------|
| _____ | Allowed |
| 1      | Denied |
| _____ | Dismissed |
| _____ | Withdrawn |
| _____ | Continued to _____, 200* |
| _____ | Continue __ days |
| _____ | Other. _____ |

###