E-FILED
Wednesday, 18 May, 2005  04:24:11 PM
Clerk, U.S. District Court, ILCD

**IT IS SO ORDERED.**

**SIGNED THIS: November 24, 2004**

_____
**WILLIAM V. ALTENBERGER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

| | | | |
|---|---|---|---|
| In re: | Patriot Seeds Incorporated | Case No. | 03-84217 |

Debtor(s)

In re:   Patriot Seeds Incorporated -vs- Don Bauer

Adv. No.   03-8277

**ORDER**

_X_  A hearing having been held November 22, 2004 on the following matters:

___  The following having been filed:

1)  Defendant's Motion for Default Judgment
2)  _____
3)  _____
4)  _____

IT IS ORDERED THAT:

| Matter | Action |
|--------|--------|
| _____ | Allowed |
| 1 | Denied |
| _____ | Dismissed |
| _____ | Withdrawn |
| _____ | Continued to _____, 200* |
| _____ | Continue __ days |
| X | Other - - Plaintiff's Answer Stands.  Defendant has 21 days to reply to answer. |

###