**IT IS SO ORDERED.**

**SIGNED THIS: November 24, 2004**

_____
**WILLIAM V. ALTENBERGER
UNITED STATES BANKRUPTCY JUDGE**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

| | | |
|---|---|---|
| In re: | Patriot Seeds Incorporated | Case No.  03-84217 |
| Debtor(s) | | |
| In re: | Patriot Seeds Incorporated -vs- Don Bauer | |
| Adv. No. | 03-8277 | |

**ORDER**

This matter, coming up for hearing on November 22, 2004, on the Defendant's Motion to Reconsider the Plaintiff's Motion to Strike the Answer to Amended Complaint to Avoid and Recover Preferential Transfer,

IT IS HEREBY ORDERED THAT:

The Defendant's Motion is allowed.

IT IS ALSO ORDERED THAT:

Anywhere in the answer, filed July 22, 2004 by the Defendant, Don Bauer, that states "he cannot admit or deny the allegations, as he is without knowledge or information sufficient to form a belief as to the truth of the averment and thereby demands strict proof thereof", will stand as a denial of that allegation.

###