UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N. E. Monroe Street
Peoria, Illinois 61602-1003

2004 DEC -7 A 10: 23

FILED

Case No.:   3-84217

Chapter:  7

In re:    Patriot Seeds Incorporated
          Debtor

---

:    Patriot Seeds Incorporated          Adv. Case No.: 03-08277

                Plaintiff
     -vs-

:    Don Bauer
                Defendant.              **TRIAL BY JURY DEMANDED**

## ANSWER TO AFFIRMATIVE DEFENSES FILED BY THE PLAINTIFF

COMES now the defendant, Don Bauer, pro se, in the above referenced adversary with his ANSWER TO AFFIRMATIVE DEFENSES FILED BY THE PLAINTIFF (on or about November 22, 2004) and in support deposes and states:

1. That as to the AFFIRMATIVE DEFENSE TO THE UNJUST ENRICHMENT COUNTERCLAIM, Don Bauer denies said affirmative defense and further states said affirmative defense is NOT applicable herein as we are proceeding under Federal law.

2. That as to the AFFIRMATIVE DEFENSE TO THE DEFAMATION COUNTEERCLAIM, Don Bauer denies said affirmative defense and further states said affirmative defense is NOT applicable herein, as false

pleadings are not relevant or pertinent to claim a matter in controversy..

**WHEREFORE**, the counter-plaintiff, Don Bauer, moves this Court to deny the relief sought by way of the AFFIRMATIVE DEFENSES filed by the Richard E. Barber, as Chapter 7 Trustee for Patriot Seeds Inc.

Respectfully submitted,

Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

PROOF OF SERVICE

The undersigned certifies that a true copy of ANSWER TO AFFIRMATIVE DEFENSES FILED BY THE PLAINTIFF was placed in the U.S. mail, with proper postage affixed and addressed to Barry M Barash POB 1408 Galesburg, IL 61402-1408, this 6th day of December 2004.

Lauretta Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486