UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 03-84217 |
| PATRIOT SEEDS, INC. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| RICHARD E. BARBER, not personally, but | ) | |
| as Chapter 7 trustee for the debtor | ) | Adv. Proc. No. 03-08277 |
| | ) | |
| Plaintiff-Counter Defendant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DON BAUER | ) | |
| | ) | |
| Defendant-Counter Plaintiff | ) | |

**PLAINTIFF'S MOTION TO DISMISS CLAIM WITHOUT PREJUDICE**

The plaintiff-counter defendant, Richard E. Barber, not personally, but as Chapter 7 trustee for the debtor, by Thomas A. Hill and Barry M. Barash of Barash and Everett, LLC, moves to dismiss his claim without prejudice.

/s/ Thomas A. Hill
One of the Plaintiff's Attorneys

Barry M. Barash (ARDC Reg. #108928) and
Thomas A. Hill (ARDC Reg. #6280216) of
Barash and Everett, LLC
256 S. Soangetaha Rd., Ste. 108
P.O. Box 1408
Galesburg, IL 61402-1408
Telephone:  309/341-6010
Fax:  309/341-1945