E-FILED
Wednesday, 18 May, 2005  04:34:40 PM
Clerk, U.S. District Court, ILCD

**IT IS SO ORDERED.**

**SIGNED THIS: May 05, 2005**

_____
**WILLIAM V. ALTENBERGER
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 03-84217 |
| PATRIOT SEEDS, INC. ) | Chapter 7 |
| ) | |
| Debtor ) | |
| ) | |
| _____ ) | |
| ) | |
| RICHARD E. BARBER, not personally, but ) | |
| as Chapter 7 trustee for the debtor ) | Adv. Proc. No. 03-08277 |
| ) | |
| Plaintiff-Counter Defendant ) | |
| ) | |
| vs. ) | |
| ) | |
| DON BAUER ) | |
| ) | |
| Defendant-Counter Plaintiff ) | |

**ORDER**

Upon motion of the plaintiff-counter defendant, the plaintiff-counter defendant's claim is dismissed without prejudice.

###