E-FILED
Wednesday, 18 May, 2005  04:36:59 PM
Clerk, U.S. District Court, ILCD

**IT IS SO ORDERED.**

**SIGNED THIS: May 05, 2005**

_____
**WILLIAM V. ALTENBERGER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 03-84217 |
| PATRIOT SEEDS, INC. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| RICHARD E. BARBER, not personally, but | ) | |
| as Chapter 7 trustee for the debtor | ) | Adv. Proc. No. 03-08277 |
| | ) | |
| Plaintiff-Counter Defendant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DON BAUER | ) | |
| | ) | |
| Defendant-Counter Plaintiff | ) | |

**ORDER OF DISMISSAL: UNJUST ENRICHMENT COUNTERCLAIM**

The defendant-counter plaintiff's counterclaim alleging unjust enrichment ("First Cause of Action") is dismissed with prejudice, each party to bear his own costs.

###