**U.S. Bankruptcy Court**
**Central District of Illinois (Peoria)**
**Adversary Proceeding #: 03-08277**
Internal Use Only

| | |
|---|---|
| *Assigned to:* William V. Altenberger | *Date Filed:* 11/21/03 |
| *Related BK Case:* 03-84217 | |
| *Related BK Title:* Patriot Seeds Incorporated | |
| *Demand:* | |
| *Nature of Suit:* 454 | |

**Plaintiff**
-----------------------

**Patriot Seeds Incorporated**    represented by    **Barry M Barash**
POB 97                                              POB 1408
Bowen, IL 62316                                     Galesburg, IL 61402
Tax id: 37-1293437                                  (309) 341-6010
                                                    Email: barashb@barashlaw.com
                                                    *LEAD ATTORNEY*

                                                    **Thomas A Hill**
                                                    256 S. Soangetaha Rd.
                                                    PO Box 1408
                                                    Galesburg, IL 61402
                                                    (309) 341-6010
                                                    Fax : (309) 341-1945
                                                    Email: hillt@barashlaw.com

**Richard E. Barber**             represented by    **Barry M Barash**
250 E Main St #318                                  POB 1408
Galesburg, IL 61401                                 Galesburg, IL 61402
309-342-4139                                        (309) 341-6010
                                                    Email: barashb@barashlaw.com
                                                    *LEAD ATTORNEY*

                                                    **Thomas A Hill**
                                                    256 S. Soangetaha Rd.
                                                    PO Box 1408
                                                    Galesburg, IL 61402
                                                    (309) 341-6010
                                                    Fax : (309) 341-1945
                                                    Email: hillt@barashlaw.com
                                                    *LEAD ATTORNEY*

V.

**Defendant**
----------------------

| | |
|---|---|
| **Don Bauer**<br>11769 N 200th St<br>Altamont, IL 62411<br>( ) | represented by **Don Bauer**<br>PRO SE |

**Counter-Claimant**
-----------------------

| | |
|---|---|
| **Don Bauer**<br>11769 N 200th St<br>Altamont, IL 62411<br>( ) | represented by **Don Bauer**<br>PRO SE<br><br>(See above for address) |

V.

**Counter-Defendant**
-----------------------

**Patriot Seeds Incorporated**
POB 97
Bowen, IL 62316
Tax id: 37-1293437

**Counter-Claimant**
-----------------------

| | |
|---|---|
| **Don Bauer**<br>11769 N 200th St<br>Altamont, IL 62411<br>( ) | represented by **Don Bauer**<br>PRO SE<br><br>(See above for address) |

V.

**Counter-Defendant**
-----------------------

**Patriot Seeds Incorporated**
POB 97
Bowen, IL 62316
Tax id: 37-1293437

| Filing Date | # | Docket Text |
|---|---|---|
| 11/21/2003 | 1 | Complaint (03-8277) Patriot Seeds Incorporated vs. Don Bauer . NOS 454 Recover Money/Property Filing Fee Received: $ 150.00 Receipt # 80070346 (court,ktra) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 11/21/2003) |

| | | |
|---|---|---|
| 11/21/2003 | 2 | Summons(es) Issued on Don Bauer Answer due 12/22/03 for Don Bauer (court,ktra) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 11/21/2003) |
| 11/21/2003 | | Hearing Location. (court,ktra) (Entered: 11/21/2003) |
| 12/02/2003 | 3 | Summons Served 12/1/03 on Don Bauer. (court,trub) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 12/02/2003) |
| 12/15/2003 | 4 | Motion By Defendant Don Bauer To Extend Time To File Answer ; Certificate of Service. (court,trub) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 12/17/2003) |
| 12/22/2003 | 5 | Order Granting [4-1] Motion To Extend Time To File Answer by Don Bauer ; Answer due: 1/21/04 for Don Bauer . (court,trub) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 12/22/2003) |
| 01/13/2004 | 6 | Answer to Complaint and Counterclaim by Don Bauer Against Patriot Seeds Incorporated. Certificate of Service. (court,trub) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 01/14/2004) |
| 01/13/2004 | 10 | Jury Demand By Defendant Don Bauer (court,lall) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 02/02/2004) |
| 01/14/2004 | | Update Deadline Answer to CounterClaim Due 2/3/04 (court,trub) (Entered: 01/14/2004) |
| 01/29/2004 | 7 | Hearing Re: [1-1] Complaint NOS 454 Recover Money/Property Pretrial Hearing scheduled for 10:50 5/24/04 at Telephone Conference - Peoria (court,trub) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 01/29/2004) |
| 01/29/2004 | 8 | Court Notice Deficiency Re: deft's phone no. Due: 2/12/04 . (court,trub) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 01/29/2004) |
| 01/31/2004 | 90 | Courts BNC Certificate of Service Re: [7-1] Hearing . # of Notices: 3. (admin) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 02/02/2004) |
| 01/31/2004 | 91 | Courts BNC Certificate of Service Re: [8-1] Notice Deficiency Court . # of Notices: 1. (admin) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 02/02/2004) |
| 02/02/2004 | 9 | Motion by Plaintiff Patriot Seeds Incorporated To Dismiss Counterclaim. Certificate of Service. (court,ktra) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 02/02/2004) |
| 02/02/2004 | 11 | Brief/Memorandum of Law filed by Plaintiff Patriot Seeds Incorporated ; Certificate of Service. (court,lall) Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 12/7/2004 (court, ckey). (Entered: 02/02/2004) |
| 02/04/2004 | 12 | Hearing Re: [9-1] Motion To Dismiss counterclaim by Patriot Seeds Incorporated scheduled For 11:00 4/12/04 at Telephone Conference - Peoria (court,lall) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 02/04/2004) |
| 02/04/2004 | | Terminated Deadline. ans to counterclaim (court,lall) (Entered: 02/04/2004) |
| 02/06/2004 | 92 | Courts BNC Certificate of Service Re: [12-1] Hearing . # of Notices: 3. (admin) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 02/06/2004) |
| 02/11/2004 | 13 | Notice by Defendant, Don Bauer, of Telephone Number for Telephonic Hearing; Certificate of Service. (court,kbus) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 02/11/2004) |
| 02/25/2004 | | Terminated Deadline. ctntcdef phone number (court,lall) (Entered: 02/25/2004) |
| 04/08/2004 | 14 | Motion to Continue Hearing On (related documents 9 Motion to Dismiss/Withdraw Document) Filed by Plaintiff Patriot Seeds Incorporated (court, kbus) Additional attachment(s) added on 12/7/2004 (court, ckey). (Entered: 04/08/2004) |
| 04/15/2004 | 15 | Order Granting Motion To Continue Hearing On (Related Doc # 14) (related documents Motion to Continue Hearing On (related documents 9 Motion to Dismiss/Withdraw Document)) Signed on 4/15/2004. (court, kbus) (Entered: 04/15/2004) |
| 04/15/2004 | | Other Deadlines Updated - Check to Re-Set PreTrial Conference Deficiency Due: 6/1/2004. (court, kbus) (Entered: 04/15/2004) |
| 04/17/2004 | 16 | BNC Certificate of Mailing - PDF Document No. of Notices: 3. Service Date 04/17/2004. (Related Doc # 15) (Admin.) (Entered: 04/18/2004) |
| 05/23/2004 | 17 | Pre-Trial Statement; Filed by Plaintiff Patriot Seeds Incorporated. (Hill, Thomas) (Entered: 05/23/2004) |
| 05/24/2004 | 18 | Motion to Dismiss Adversary Proceeding Filed by Defendant Don Bauer (court, hpit) (Entered: 05/24/2004) |
| 05/24/2004 | 19 | Proceeding Memo (RE: related document(s)7 Hearing (Bk Motion) Set) (court, hpit) (Entered: 05/24/2004) |
| 05/24/2004 | ● | Hearing Held (RE: related document(s)7 Hearing (Bk Motion) Set) (court, hpit) (Entered: 05/25/2004) |
| 05/25/2004 | ● | Oral Notice of Hearing (RE: related document(s)18 Motion to Dismiss Adversary Proceeding filed by Defendant Don Bauer, 9 Motion to |

| | | |
|---|---|---|
| | | Dismiss/Withdraw Document filed by Plaintiff Patriot Seeds Incorporated) Hearing to be held on 7/12/2004 at 09:00 AM Room 229-Peoria, IL for 18 and for 9, (court, hpit) (Entered: 05/25/2004) |
| 05/26/2004 | 20 | Response to (related document(s): 18 Motion to Dismiss Adversary Proceeding filed by Defendant Don Bauer) Filed by Plaintiff Patriot Seeds Incorporated (Barash, Barry) (Entered: 05/26/2004) |
| 05/26/2004 | 21 | Amended Complaint by Barry M Barash on behalf of Patriot Seeds Incorporated against Don Bauer (Attachments: # 1 Exhibit Exhibit 1) (Barash, Barry) (Entered: 05/26/2004) |
| 06/03/2004 | 22 | Hearing Set (RE: related document(s)21 Amended Complaint filed by Plaintiff Patriot Seeds Incorporated) Hearing to be held on 7/12/2004 at 09:00 AM Room 229-Peoria, IL for 21, (court, kbus) (Entered: 06/03/2004) |
| 06/05/2004 | 23 | BNC Certificate of Mailing - Hearing No. of Notices: 5. Service Date 06/05/2004. (Admin.) (Entered: 06/06/2004) |
| 06/07/2004 | | Deadlines terminated Adversary Deficiency Notice (court, kbus) (Entered: 06/07/2004) |
| 06/18/2004 | 24 | Order Re: Signed on 6/18/2004 (RE: related document(s)21 Amended Complaint filed by Plaintiff Patriot Seeds Incorporated).- 21 days to respond to Amended Complaint (court, kbus) (Entered: 06/18/2004) |
| 06/20/2004 | 25 | BNC Certificate of Mailing - PDF Document (RE: related document(s)24 Order (Generic)) No. of Notices: 5. Service Date 06/20/2004. (Admin.) (Entered: 06/21/2004) |
| 07/07/2004 | 26 | Motion to Extend Time Filed by Defendant Don Bauer (court, jcor) (Entered: 07/07/2004) |
| 07/08/2004 | 27 | Notice Scheduling Objections (RE: related document(s)26 Motion to Extend/Shorten Time filed by Defendant Don Bauer) Objections Due: 7/23/2004. (court, jcor) (Entered: 07/08/2004) |
| 07/10/2004 | 28 | BNC Certificate of Mailing (RE: related document(s)27 Notice Scheduling Objection Date) No. of Notices: 4. Service Date 07/10/2004. (Admin.) (Entered: 07/11/2004) |
| 07/12/2004 | ● | Oral Notice of Hearing (RE: related document(s)21 Amended Complaint filed by Plaintiff Patriot Seeds Incorporated, 18 Motion to Dismiss Adversary Proceeding filed by Defendant Don Bauer, 9 Motion to Dismiss/Withdraw Document filed by Plaintiff Patriot Seeds Incorporated) Hearing to be held on 9/15/2004 at 09:30 AM Room 229-Peoria, IL for 21 and for 18 and for 9, (court, trub) (Entered: 07/15/2004) |
| 07/15/2004 | 29 | Proceeding Memo (RE: related document(s)9 Motion to Dismiss/Withdraw Document filed by Plaintiff Patriot Seeds Incorporated, 18 Motion to Dismiss |

| | | |
|---|---|---|
| | | Adversary Proceeding filed by Defendant Don Bauer, 21 Amended Complaint filed by Plaintiff Patriot Seeds Incorporated) (court, trub) (Entered: 07/15/2004) |
| 07/22/2004 | 30 | Answer to Complaint , Counterclaim by (1-Unjust Enrichment) Don Bauer against Patriot Seeds Incorporated Filed by Don Bauer . (Attachments: # 1 Exhibit Notice of Default)(court, kbus) (Entered: 07/22/2004) |
| 07/22/2004 | 31 | Counterclaim (2-Defamation of Character) by Don Bauer against Patriot Seeds Incorporated (Attachments: # 1 Exhibit Notice of Default) (court, kbus) (Entered: 07/22/2004) |
| 07/22/2004 | 32 | Motion for Jury Trial Filed by Defendant Don Bauer (Attachments: # 1 Exhibit Notice of Default) (court, kbus) (Entered: 07/22/2004) |
| 07/22/2004 | | Patriot Seeds Incorporated Answer to Counterclaims (1 & 2) Deadline - Reset for 8/11/2004 (court, kbus) (Entered: 07/22/2004) |
| 07/22/2004 | | Other Deadlines Updated Deficiency (Check on Jury Demand) Due: 8/12/2004. (court, kbus) (Entered: 07/22/2004) |
| 07/26/2004 | 33 | Motion For Summary Judgment Filed by Defendant Don Bauer (court, kbus) (Entered: 07/26/2004) |
| 07/27/2004 | | Motions terminated Motion to Extend Time 26-1 (court, kbus) (Entered: 07/27/2004) |
| 07/27/2004 | 34 | Hearing Set (RE: related document(s)33 Motion for Summary Judgment filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Hearing to be held on 9/15/2004 at 09:30 AM Room 229-Peoria, IL for 33, (court, kbus) (Entered: 07/27/2004) |
| 07/27/2004 | 35 | DISREGARD - ENTERED IN ERROR - Notice to Filer of Errors in Electronically Filed Documents and Order Requiring Action to Correct Signed on 7/27/2004 (RE: related document(s)33 Motion for Summary Judgment filed by Counter-Claimant Don Bauer, Defendant Don Bauer). Required Document Due by 8/3/2004 (court, kbus) Modified on 7/27/2004 (court, kbus). (Entered: 07/27/2004) |
| 07/28/2004 | | Deadlines terminated Scheduling Objections / Error Correction Deadline (court, kbus) (Entered: 07/28/2004) |
| 07/29/2004 | 36 | BNC Certificate of Mailing - Hearing (RE: related document(s)34 Hearing (Adv Motion) Set) No. of Notices: 5. Service Date 07/29/2004. (Admin.) (Entered: 07/30/2004) |
| 08/02/2004 | 37 | Motion to Strike Filed by Plaintiff Patriot Seeds Incorporated (Attachments: # 1 Exhibit 1) (Hill, Thomas) (Entered: 08/02/2004) |
| 08/05/2004 | 38 | DISREGARD - ENTERED IN ERROR. Motion to Dismiss Adversary |

| | | |
|---|---|---|
| | | Proceeding Filed by Plaintiff Richard E. Barber (Attachments: # 1 supporting memorandum) (Hill, Thomas) Modified on 8/9/2004 (court, twil). (Entered: 08/05/2004) |
| 08/05/2004 | 39 | Motion to Dismiss/Withdraw Document (related document(s) 30 Answer to Complaint, Counterclaim) Filed by Plaintiff Richard E. Barber (Attachments: # 1 supporting memorandum) (Hill, Thomas) (Entered: 08/05/2004) |
| 08/09/2004 | | Corrective Entry (RE: related document(s)38 Motion to Dismiss Adversary Proceeding filed by Plaintiff Richard E. Barber) DISREGARD - MOTION ENTERED IN ERROR (court, twil) (Entered: 08/09/2004) |
| 08/09/2004 | | Documents terminated #38 - Motion to Dismiss Case (court, twil) (Entered: 08/09/2004) |
| 08/09/2004 | 40 | Hearing Set (RE: related document(s)37 Motion to Strike filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated) Hearing to be held on 9/15/2004 at 09:30 AM Room 229-Peoria, IL for 37, (court, twil) (Entered: 08/09/2004) |
| 08/09/2004 | 41 | Hearing Set (RE: related document(s)39 Motion to Dismiss/Withdraw Document filed by Plaintiff Richard E. Barber) Hearing to be held on 9/15/2004 at 09:30 AM Room 229-Peoria, IL for 39, (court, twil) (Entered: 08/09/2004) |
| 08/11/2004 | 42 | BNC Certificate of Mailing - Hearing (RE: related document(s)40 Hearing (Adv Motion) Set) No. of Notices: 4. Service Date 08/11/2004. (Admin.) (Entered: 08/12/2004) |
| 08/11/2004 | 43 | BNC Certificate of Mailing - Hearing (RE: related document(s)41 Hearing (Adv Motion) Set) No. of Notices: 4. Service Date 08/11/2004. (Admin.) (Entered: 08/12/2004) |
| 08/12/2004 | 45 | Motion for Remand Filed by Defendant Don Bauer (Attachments: # 1 Supplement Memorandum in Support) (court, kbus) (Entered: 08/17/2004) |
| 08/12/2004 | 46 | Motion to Strike Filed by Defendant Don Bauer (Attachments: # 1 Supplement Memorandum of Support# 2 Exhibit Exhibit 1# 3 Exhibit Exhibit B) (court, kbus) (Entered: 08/17/2004) |
| 08/12/2004 | 47 | Objection to (related document(s): 37 Motion to Strike filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated, 39 Motion to Dismiss/Withdraw Document (related document(s) 30 Answer to Complaint, Counterclaim) filed by Plaintiff Richard E. Barber) Filed by Defendant Don Bauer (Attachments: # 1 Exhibit Support Memorandum)(court, kbus) (Entered: 08/17/2004) |
| 08/13/2004 | 44 | Response to (related document(s): 33 Motion For Summary Judgment filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Filed by Plaintiff Richard E. Barber (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit |

| | | |
|---|---|---|
| | | 3)(Hill, Thomas) (Entered: 08/13/2004) |
| 08/19/2004 | | Other Deadlines Updated - Check on Jury Trial Due 10/4/2004. (court, kbus) (Entered: 08/19/2004) |
| 08/19/2004 | | Deadlines terminated Adversary Deficiency (court, kbus) (Entered: 08/19/2004) |
| 08/23/2004 | 48 | Hearing Set (RE: related document(s)33 Motion for Summary Judgment filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Hearing to be held on 9/15/2004 at 09:30 AM Room 229-Peoria, IL for 33, (court, kbus) (Entered: 08/23/2004) |
| 08/23/2004 | 49 | Hearing Set (RE: related document(s)45 Motion for Remand filed by Counter-Claimant Don Bauer, Defendant Don Bauer, 46 Motion to Strike filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Hearing to be held on 9/15/2004 at 09:30 AM Room 229-Peoria, IL for 45 and for 46, (court, kbus) (Entered: 08/23/2004) |
| 08/23/2004 | 50 | Response Filed by Defendant Don Bauer (RE: related document(s)44 Response). (court, kbus) (Entered: 08/23/2004) |
| 08/25/2004 | 51 | BNC Certificate of Mailing - Hearing (RE: related document(s)48 Hearing (Adv Motion) Set) No. of Notices: 6. Service Date 08/25/2004. (Admin.) (Entered: 08/26/2004) |
| 08/25/2004 | 52 | BNC Certificate of Mailing - Hearing (RE: related document(s)49 Hearing (Adv Motion) Set, Hearing (Adv Motion) Set) No. of Notices: 6. Service Date 08/25/2004. (Admin.) (Entered: 08/26/2004) |
| 08/30/2004 | 53 | Response to (related document(s): 39 Motion to Dismiss/Withdraw Document (related document(s) 30 Answer to Complaint, Counterclaim) filed by Plaintiff Richard E. Barber, 45 Motion for Remand filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Filed by Plaintiff Richard E. Barber (Hill, Thomas) (Entered: 08/30/2004) |
| 09/15/2004 | | Hearing Held (RE: related document(s)37 Motion to Strike filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated) Hearing held deadline set for Order Denying : 9/29/2004. (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 54 | Proceeding Memo (RE: related document(s)37 Motion to Strike filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated) (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | | Hearing Held (RE: related document(s)39 Motion to Dismiss/Withdraw Document filed by Plaintiff Richard E. Barber) Hearing held deadline set (Order Denying Due): 9/29/2004. (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 55 | Proceeding Memo (RE: related document(s)39 Motion to Dismiss/Withdraw |

| | | |
|---|---|---|
| | | Document filed by Plaintiff Richard E. Barber) (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 🌑 | Hearing Held (RE: related document(s)33 Motion for Summary Judgment filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Hearing held deadline set (Order Denying Due) : 9/29/2004. (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 56 | Proceeding Memo (RE: related document(s)33 Motion for Summary Judgment filed by Counter-Claimant Don Bauer, Defendant Don Bauer) (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 🌑 | Hearing Held (RE: related document(s)45 Motion for Remand filed by Counter-Claimant Don Bauer, Defendant Don Bauer, 46 Motion to Strike filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Hearing held deadline set (Order Denying 1 & 2 / Def's Amended Answer Due): 9/29/2004. (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 57 | Proceeding Memo (RE: related document(s)47 Objection, filed by Counter-Claimant Don Bauer, Defendant Don Bauer, 45 Motion for Remand filed by Counter-Claimant Don Bauer, Defendant Don Bauer, 46 Motion to Strike filed by Counter-Claimant Don Bauer, Defendant Don Bauer) (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 🌑 | Hearing Held (RE: related document(s)18 Motion to Dismiss Adversary Proceeding filed by Counter-Claimant Don Bauer, Defendant Don Bauer, 21 Amended Complaint filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated) (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 58 | Proceeding Memo (RE: related document(s)9 Motion to Dismiss/Withdraw Document filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated, 21 Amended Complaint filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated, 18 Motion to Dismiss Adversary Proceeding filed by Counter-Claimant Don Bauer, Defendant Don Bauer) (court, kbus) (Entered: 09/15/2004) |
| 09/15/2004 | 🌑 | Hearing Held (RE: related document(s)9 Motion to Dismiss/Withdraw Document filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated) (court, kbus) (Entered: 09/15/2004) |
| 09/16/2004 | 🌑 59 | Order Mooting Motion to Dismiss Adversary Proceeding (Related Doc # 18) Signed on 9/16/2004. (court, kbus) (Entered: 09/16/2004) |
| 09/18/2004 | 🌑 60 | BNC Certificate of Mailing (RE: related document(s)59 Order on Motion to Dismiss Adversary Proceeding) No. of Notices: 6. Service Date 09/18/2004. (Admin.) (Entered: 09/19/2004) |
| 09/22/2004 | 🌑 61 | Order Denying Motion For Summary Judgment (Related Doc # 33) Signed on 9/22/2004. (court, kbus) (Entered: 09/22/2004) |

| | | | |
|---|---|---|---|
| 09/22/2004 | ● | 62 | Order Denying Motion For Jury Trial (Related Doc # 32) Signed on 9/22/2004. (court, kbus) (Entered: 09/22/2004) |
| 09/22/2004 | ● | 63 | Order Denying Motion For Remand (Related Doc # 45) Signed on 9/22/2004. (court, kbus) (Entered: 09/22/2004) |
| 09/22/2004 | ● | 64 | Order Denying Motion to Strike Signed on 9/22/2004. (court, kbus) (Entered: 09/22/2004) |
| 09/22/2004 | ● | 65 | Order Denying Application to Dismiss/Withdraw Document (Related Doc # 39) Signed on 9/22/2004. (court, kbus) (Entered: 09/22/2004) |
| 09/23/2004 | ● | 66 | Order Granting Motion to Strike Anser to Amended Complaint to Avoid and Recover Preferential Transfer - Signed on 9/23/2004. Defendant given 14 days to file Amended Answer (has to admit or deny allegations) (court, kbus) (Entered: 09/23/2004) |
| 09/23/2004 | | | Other Deadlines Updated Answer Required to be filed by 9/29/2004. (court, kbus) (Entered: 09/23/2004) |
| 09/24/2004 | ● | 67 | BNC Certificate of Mailing - PDF Document (RE: related document(s)61 Order on Motion For Summary Judgment) No. of Notices: 6. Service Date 09/24/2004. (Admin.) (Entered: 09/25/2004) |
| 09/24/2004 | ● | 68 | BNC Certificate of Mailing - PDF Document (RE: related document(s)62 Order on Motion for Jury Trial) No. of Notices: 6. Service Date 09/24/2004. (Admin.) (Entered: 09/25/2004) |
| 09/24/2004 | ● | 69 | BNC Certificate of Mailing - PDF Document (RE: related document(s)63 Order on Motion For Remand) No. of Notices: 6. Service Date 09/24/2004. (Admin.) (Entered: 09/25/2004) |
| 09/24/2004 | ● | 70 | BNC Certificate of Mailing - PDF Document (RE: related document(s)64 Order on Motion to Strike) No. of Notices: 1. Service Date 09/24/2004. (Admin.) (Entered: 09/25/2004) |
| 09/24/2004 | ● | 71 | BNC Certificate of Mailing - PDF Document (RE: related document(s)65 Order on Application to Dismiss/Withdraw Document) No. of Notices: 6. Service Date 09/24/2004. (Admin.) (Entered: 09/25/2004) |
| 09/25/2004 | ● | 72 | BNC Certificate of Mailing - PDF Document (RE: related document(s)66 Order on Motion to Strike) No. of Notices: 6. Service Date 09/25/2004. (Admin.) (Entered: 09/26/2004) |
| 09/28/2004 | ● | 73 | Motion to Reconsider (related documents 37 Motion to Strike) Filed by Defendant Don Bauer (court, kbus) (Entered: 09/28/2004) |
| 09/29/2004 | ● | 74 | Hearing Set (RE: related document(s)73 Motion to Reconsider filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Hearing to be held on 11/22/2004 at 09:00 AM Room 229-Peoria, IL for 73, (court, kbus) (Entered: |

| | | |
|---|---|---|
| | | 09/29/2004) |
| 10/01/2004 | 75 | BNC Certificate of Mailing - Hearing (RE: related document(s)74 Hearing (Adv Motion) Set) No. of Notices: 6. Service Date 10/01/2004. (Admin.) (Entered: 10/02/2004) |
| 10/08/2004 | | Deadlines terminated 7 Day Notice Order - Amended Answer (court, kbus) (Entered: 10/08/2004) |
| 11/02/2004 | 76 | Motion to Recuse Judge Filed by Defendant Don Bauer (Attachments: # 1 Affidavit for Motion to Recuse Judge Altenberger) (court, kbus) (Entered: 11/02/2004) |
| 11/02/2004 | 77 | Motion for Default Judgment Filed by Defendant Don Bauer , Counter-Claimants Don Bauer , Don Bauer (court, kbus) (Entered: 11/02/2004) |
| 11/02/2004 | 78 | Certificate of Service Filed by Defendant Don Bauer , Counter-Claimants Don Bauer , Don Bauer (RE: related document(s)76 Motion to Recuse Judge, 77 Motion for Default Judgment). (court, kbus) (Entered: 11/02/2004) |
| 11/04/2004 | 79 | Hearing Set (RE: related document(s)76 Motion to Recuse Judge filed by Counter-Claimant Don Bauer, Defendant Don Bauer, 77 Motion for Default Judgment filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Hearing to be held on 11/22/2004 at 09:00 AM Room 229-Peoria, IL for 76 and for 77, (court, kbus) (Entered: 11/04/2004) |
| 11/06/2004 | 80 | BNC Certificate of Mailing - Hearing (RE: related document(s)79 Hearing (Adv Motion) Set, Hearing (Adv Motion) Set) No. of Notices: 6. Service Date 11/06/2004. (Admin.) (Entered: 11/08/2004) |
| 11/15/2004 | 81 | Answer to Counterclaim Filed by Richard E. Barber. (Hill, Thomas) (Entered: 11/15/2004) |
| 11/22/2004 | ● | Hearing Held (RE: related document(s)76 Motion to Recuse Judge filed by Counter-Claimant Don Bauer, Defendant Don Bauer) Hearing held deadline set - Reply to Answer Due: 12/13/2004. (court, kbus) (Entered: 11/22/2004) |
| 11/22/2004 | ● | Hearing Held (RE: related document(s)77 Motion for Default Judgment filed by Counter-Claimant Don Bauer, Defendant Don Bauer) (court, kbus) (Entered: 11/22/2004) |
| 11/22/2004 | ● | Hearing Held (RE: related document(s)73 Motion to Reconsider filed by Counter-Claimant Don Bauer, Defendant Don Bauer) (court, kbus) (Entered: 11/22/2004) |
| 11/29/2004 | 82 | Order Denying Motion to Recuse Judge (Related Doc # 76) Signed on 11/29/2004. (court, kbus) (Entered: 11/29/2004) |
| 11/29/2004 | 83 | Order Denying Motion For Default Judgment (Related Doc # 77) Signed on |

| | | |
|---|---|---|
| | | 11/29/2004. (court, kbus) (Entered: 11/29/2004) |
| 11/29/2004 | | Don Bauer Answer Deadline Reset for 12/13/2004 (court, kbus) (Entered: 11/29/2004) |
| 11/29/2004 | 84 | DISREGARD - ENTERED IN ERROR - Order Granting Motion To Reconsider (Related Doc # 73) Signed on 11/29/2004. (court, kbus) Modified on 11/29/2004 (court, kbus). (Entered: 11/29/2004) |
| 11/29/2004 | 85 | Order Re: Signed on 11/29/2004 (RE: related document(s)37 Motion to Strike filed by Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated, 73 Motion to Reconsider filed by Counter-Claimant Don Bauer, Defendant Don Bauer). (court, kbus) (Entered: 11/29/2004) |
| 11/29/2004 | | Corrective Entry - Document 84-1 Entered in this case incorrectly - (RE: related document(s)84 Order on Motion To Reconsider) (court, kbus) (Entered: 11/29/2004) |
| 12/01/2004 | 86 | BNC Certificate of Mailing - PDF Document (RE: related document(s)82 Order on Motion to Recuse Judge) No. of Notices: 6. Service Date 12/01/2004. (Admin.) (Entered: 12/02/2004) |
| 12/01/2004 | 87 | BNC Certificate of Mailing - PDF Document (RE: related document(s)83 Order on Motion for Default Judgment) No. of Notices: 6. Service Date 12/01/2004. (Admin.) (Entered: 12/02/2004) |
| 12/01/2004 | 88 | BNC Certificate of Mailing - PDF Document (RE: related document(s)85 Order (Generic), Order (Generic)) No. of Notices: 6. Service Date 12/01/2004. (Admin.) (Entered: 12/02/2004) |
| 12/07/2004 | 89 | Response Filed by Defendant Don Bauer (RE: related document(s)81 Answer to Counterclaim). (court, kbus) (Entered: 12/07/2004) |
| 12/09/2004 | 93 | Pre-Trial Adversary Hearing Notice and PreTrial Order Signed on 12/9/2004 (RE: related document(s)6 Counterclaim, filed by Counter-Claimant Don Bauer, Defendant Don Bauer, Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated). Pre-Trial Conference set for 3/23/2005 at 09:00 AM at Room 229-Peoria, IL. (court, kbus) (Entered: 12/09/2004) |
| 12/11/2004 | 94 | BNC Certificate of Mailing - Hearing (RE: related document(s)93 Pre-Trial Adversary Hearing Notice and Order, ) No. of Notices: 6. Service Date 12/11/2004. (Admin.) (Entered: 12/12/2004) |
| 12/23/2004 | 95 | Transcript (RE: related document(s)79 Hearing (Adv Motion) Set, Hearing (Adv Motion) Set, 74 Hearing (Adv Motion) Set) (court, jcor) Additional attachment(s) added on 5/10/2005 (court, kbus). (Entered: 12/23/2004) |
| 03/22/2005 | 96 | Pre-Trial Statement; Filed by Plaintiff Richard E. Barber. (Hill, Thomas) (Entered: 03/22/2005) |

| | | |
|---|---|---|
| 03/23/2005 | 🌐 | Hearing Held (RE: related document(s)6 Counterclaim, filed by Counter-Claimant Don Bauer, Defendant Don Bauer, Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated) Hearing held deadline set - Plaintiff 14 Days File Motion to Dismiss Complaint/Defamation to District Court: 4/6/2005. (court, kbus) Modified on 3/23/2005 to add explanation of what is due(court, kbus). (Entered: 03/23/2005) |
| 03/23/2005 | 97 | Proceeding Memo (RE: related document(s)6 Counterclaim, filed by Counter-Claimant Don Bauer, Defendant Don Bauer, Counter-Defendant Patriot Seeds Incorporated, Plaintiff Patriot Seeds Incorporated) (court, kbus) (Entered: 03/23/2005) |
| 04/18/2005 | | Other Deadlines Updated Order Due 4/25/2005. (court, kbus) (Entered: 04/18/2005) |
| 04/18/2005 | | Deadlines terminated Hearing Held Deadline (court, kbus) (Entered: 04/18/2005) |
| 04/28/2005 | 🌐 98 | Motion to Dismiss Document (related document(s) 21 Amended Complaint) Filed by Plaintiff Richard E. Barber (Hill, Thomas) (Entered: 04/28/2005) |
| 05/04/2005 | | Deadlines terminated Order Request Notice (court, kbus) (Entered: 05/04/2005) |
| 05/05/2005 | 🌐 99 | Order Granting Application to Dismiss Document (Related Doc # 98) Signed on 5/5/2005. (court, kbus) (Entered: 05/05/2005) |
| 05/05/2005 | 🌐 100 | Order Re: Signed on 5/5/2005 Dismissing Counterclaim (Unjust Enrichment)(RE: related document(s)30 Answer to Complaint, Counterclaim filed by Counter-Claimant Don Bauer, Defendant Don Bauer). (court, kbus) (Entered: 05/05/2005) |
| 05/07/2005 | 🌐 101 | BNC Certificate of Mailing - PDF Document (RE: related document(s)99 Order on Application to Dismiss Document) No. of Notices: 6. Service Date 05/07/2005. (Admin.) (Entered: 05/08/2005) |
| 05/07/2005 | 🌐 102 | BNC Certificate of Mailing - PDF Document (RE: related document(s)100 Order (Generic)) No. of Notices: 6. Service Date 05/07/2005. (Admin.) (Entered: 05/08/2005) |
| 05/09/2005 | 🌐 103 | Order Re: Transferring Defamation Counterclaim to District Court Signed on 5/9/2005 (RE: related document(s)31 Counterclaim filed by Counter-Claimant Don Bauer, Defendant Don Bauer). (court, kbus) (Entered: 05/09/2005) |