United States Bankruptcy Court
Central District of Illinois

|   |   |   |   |
|---|---|---|---|
| In re: | ) | Case No. | **03-84217** |
| **Patriot Seeds Incorporated** | ) |   |   |
| Debtor(s) | ) |   |   |
| **Patriot Seeds Incorporated** | ) | Adv. No. | **03-8277** |
| Plaintiff, | ) |   |   |
| -vs- | ) |   |   |
| **Don Bauer** | ) |   |   |
| Defendant. | ) | Civil Case No. |   |

### INDEX TRANSMITTAL - REFERRAL TO DISTRICT COURT

Contents:

1. Complaint - 1-1
2. Attachment to Complaint - 1-1
3. Defendant's Answer and Counterclaim - 6-1
4. Plaintiff's Motion to Dismiss Counterclaim - 9-1
5. Defendant's Motion For Jury Demand - 10-1
6. Plaintiff's Brief/Memorandum of Law in Support of Motion to Dismiss Counterclaim - 11-1
7. Amended Complaint - 21-1
8. Attachment to Amended Complaint - 21-1
9. Defendant's Answer to Amended Complaint and Counterclaim for Unjust Enrichment - 30-1
10. Attachment to Defendant's Answer to Amended Complaint and Counterclaim for Unjust Enrichment - 30-1
11. Plaintiff's Answer to Amended Complaint and Counterclaim for Defamation - 31-1
12. Attachment to Plaintiff's Answer to Amended Complaint and Counterclaim for Defamation - 31-1
13. Defendant's Motion for Jury Trial - 32-1
14. Attachment to Defendant's Motion for Jury Trial - 32-1
15. Plaintiff's Motion to Strike Answer to Amended Complaint - 37-1
16. Attachment to Plaintiff's Motion to Strike Answer to Amended Complaint - 37-1
17. Plaintiff-Counterclaim Defendant's Motion to Dismiss Defendant-Counterclaim Plaintiff's Counterclaims - 39-1
18. Attachment to Plaintiff-Counterclaim Defendant's Motion to Dismiss Defendant-Counterclaim Plaintiff's Counterclaims - 39-1
19. Defendant's Motion to Remand to District Court - 45-1

20. Attachment to Defendant's Motion to Remand to District Court - 45-1
21. Defendant's Motion to Strike Answer to Amended Complaint - 46-1
22. Attachment 1 to Defendant's Motion to Strike Answer to Amended Complaint - 46-1
23. Attachment 2 to Defendant's Motion to Strike Answer to Amended Complaint - 46-1
24. Attachment 3 to Defendant's Motion to Strike Answer to Amended Complaint - 46-1
25. Defendant's Objection to Plaintiff-Counterclaim Defendant's Motion to Dismiss Defendant-Counterclaim Plaintiff's Unjust Enrichment and Defamation Counterclaims - 47-1
26. Attachment to Defendant's Objection to Plaintiff-Counterclaim Defendant's Motion to Dismiss Defendant-Counterclaim Plaintiff's Unjust Enrichment and Defamation Counterclaims - 47-1
27. Plaintiff's Response to Defendant's Motion to Remand and Reply to the Defendant's Response to the Plaintiff's Motion to Dismiss Counterclaim
28. Order Denying Motion for Summary Judgment - 61-1
29. Order Denying Motion for Jury Trial - 62-1
30. Order Denying Motion for Remand - 63-1
31. Order Denying Motion to Strike - 64-1
32. Order Denying Application to Dismiss Counterclaims - 65-1
33. Order Granting Motion to Strike Answer to Amended Complaint - 66-1
34. Defendant's Motion to Reconsider Motion to Strike Answer to Amended Complaint - 73-1
35. Defendant's Motion for Default Judgment - 77-1
36. Plaintiff's Answer to Counterclaim - 81-1
37. Order Denying Motion to Recuse Judge - 82-1
38. Order Denying Motion for Default Judgment - 83-1
39. Defendant's Response to Answer to Counterclaim - 89-1
40. Transcript of 11/22/04 Hearing - 95-1
41. Plaintiff's PreTrial Statement - 96-1
42. Plaintiff's Motion to Dismiss Amended Complaint - 98-1
43. Order Granting Application to Dismiss Amended Complaint - 99-1
44. Order Dismissing Counterclaim - Unjust Enrichment - 100-1
45. Order Remanding Defamation Counterclaim to District Court - 103-1
46. Docket Report of 03-8277, Patriot Seeds, Incorporated -vs- Don Bauer
47. Docket Report of 03-84217, Patriot Seeds, Incorporated

Copy to:

Barry M. Barash, POB 1408, Galesburg, IL 61402-1408
Thomas A. Hill, POB 1408, Galesburg, IL 61402-1408
Don Bauer, 11769 N. 200th St., Altamont, IL 62411
U.S. Trustee, 401 Main St #1100, Peoria, IL 61602