E-FILED
Thursday, 19 May, 2005  08:56:03 AM
Clerk, U.S. District Court, ILCD



**X qlwhg#Vwdwhv#Glvwulfw#Frxuw**

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

May 19, 2005

#
Don Bauer
11769 N. 200th St.
Altamont, IL. 62411

Thomas Alan Hill/Barry Barash
Barash & Everett
256 S. Soangetaha Rd., Suite l08
PO Box 1408
Galesburg, IL 61402

RE: Barber V. Bauer

CASE NO.  U.S. DISTRICT COURT: 05-1149

Dear Litigants:

Pursuant to an Order of the Court, the above case has been transferred to the PEORIA Division of the Central District of Illinois from the US Bankruptcy Court. All future pleadings should be filed or e-filed with the Clerk in Peoria, IL. at the above address and should indicate the 05-1149  Civil Case Number only.

This divisional office requires an original document only.  If you wish to have a file-stamped copy returned to you, please provide a self-addressed stamped-envelope at the time of filing.

Very truly yours,

s/ H. Kallister
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

JMW/hk