UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE | ) |
| | ) |
| PATRIOT SEEDS, INC. | ) |
| | ) |
| Debtor | ) |
| _____ | ) |
| | ) |
| RICHARD E. BARBER, not personally, | ) |
| but as Chapter 7 trustee for the debtor | )  Case No. 05-1149 |
| | ) |
| Plaintiff-Counter Defendant | ) |
| | ) |
| vs. | ) |
| | ) |
| DON BAUER | ) |
| | ) |
| Defendant-Counter Claimant | ) |

PLAINTIFF-COUNTER DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

The plaintiff-counter defendant, Richard E. Barber, not personally, but as chapter 7 trustee for the debtor, by his attorneys, Thomas A. Hill and Barry M. Barash of Barash and Everett, LLC, moves the court to grant judgment on the pleadings in his favor. Attached in support of his motion is Plaintiff-Counter Defendant's Memorandum in Support of His Motion for Judgment on the Pleadings.

/s/ Thomas A. Hill
One of Plaintiff-Counter Defendant's Attorneys

Barry M. Barash (ARDC Reg. #108928) and
Thomas A. Hill (ARDC Reg. #6280216) of
Barash & Everett, LLC
256 South Soangetaha Road, Suite 108
PO Box 1408
Galesburg, IL 61402-1408
Telephone:    309/341-6010
Fax:          309/341-1945
E-Mail: barashb@barashlaw.com

## **PROOF OF SERVICE**

I certify that on June 1, 2005, I mailed a copy of this document and the supporting memorandum to the following party by first-class United States mail:

Don Bauer
11769 N. 200th St.
Altamont, IL 62411

/s/ Thomas A. Hill