E-FILED
Monday, 13 June, 2005  01:00:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:  Patriot Seeds Incorporated ) | |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| Patriot Seeds Incorporated ) | |
| ) | |
| Plaintiff-Counter Defendant ) | |
| ) | |
| ) | |
| vs. ) | Case number 05-1149 |
| ) | |
| ) | |
| Don Bauer ) | |
| ) | |
| Defendant-Counter Claimant ) | |

FILED
JUN 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**MOTION FOR ENLARGEMENT OF TIME**

Comes now Don Bauer, pro se with above referenced motion in support deposes and states:

1. That on June 4, 2005, I received a document entitled PLAINTIFF-COUNTER DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS and PLAINTIFF-COUNTER DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS..

2. That the press of farming, my son's wedding on June 25, 2005, getting ready for the Fayette County fair and other matters are taking up most of my time.

3. That this is the first request to this Court for an enlargement of time and it is not meant to hinder or delay this cause.

4. That the other party herein should not be harmed by an enlargement of time.

5. That I need until July 8th 2005, to adequately respond to the above referenced documents

**WHEREFORE**, the defendant-counter claimant, Don Bauer, moves this Court to grant to and including the date of July 8, 2005, to file a response to the PLAINTIFF-COUNTER DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS and PLAINTIFF-COUNTER DEFENDANT'S MEMORANDUM N SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS filed herein

Respectfully submitted,

*Donald W. Bauer*
Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411

## CERTIFICATION

Under the penalties of perjury as provided by law, the undersigned certifies tha the statements set forth in this instrument are true and correct, except as to matters therin stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

Dated this 10th day of June 2005.

*Donald W. Bauer*
Donald W. Bauer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:  Patriot Seeds Incorporated )<br>)<br>Debtor )<br>_____ )<br>)<br>Patriot Seeds Incorporated )<br>)<br>Plaintiff-Counter Defendant )<br>)<br>)<br>vs. )<br>)<br>)<br>Don Bauer )<br>)<br>Defendant-Counter Claimant ) | Case number 05-1149 |

**ORDER**

This matter coming on for MOTION FOR ENLARGEMENT TO TIME filed by the defendant-counter claimant, and good cause having been shown, the defendant-counter claimant, Don Bauer, is given until July 8, 2005 to file his response.

**IT IS SO ORDERED:**

Dated this _____ day of _____, 200__

**Entered**_____
**Judge**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: Patriot Seeds Incorporated )<br>)<br>Debtor )<br>)<br>_____ )<br>)<br>Patriot Seeds Incorporated )<br>)<br>Plaintiff-Counter Defendant )<br>)<br>)<br>vs. )<br>)<br>)<br>Don Bauer )<br>)<br>Defendant-Counter Claimant ) | Case number 05-1149 |

## PROOF OF SERVICE

The undersigned certifies that a true and accurate copy of the MOTION FOR ENLARGEMENT and proposed ORDER were placed in the U.S. mail, with proper postage affixed and addressed to Barry M Barash 256 South Soangetaha Road, Suite 108, POB 1408 Galesburg, IL 61402-1408, this 10th of June, 2005..

Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486