UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE ) | |
| PATRIOT SEEDS, INC. ) | |
|   ) | |
| Debtor ) | |
|   ) | |
|   ) | |
| RICHARD E. BARBER, not personally, ) | |
| but as Chapter 7 trustee for the debtor ) | Case No. 05-1149 |
|   ) | |
| Plaintiff-Counter Defendant ) | |
|   ) | |
| vs. ) | |
|   ) | |
| DON BAUER ) | |
|   ) | |
| Defendant-Counter Claimant ) | |

## MOTION TO CONTINUE HEARING

The counter defendant, Richard E. Barber, not personally, but as chapter 7 trustee, by Thomas A. Hill of Barry M. Barash of Barash & Everett, LLC, moves the court to continue the Rule 16 pretrial hearing set for June 22, 2005 at 11:00am until August 1, 2005, or later, and says the following in support of his motion:

1.    The counter plaintiff, Don Bauer, has informed the counter defendant that he has no objection to the continuance.

2.    Thomas A. Hill, the attorney for the counter defendant working on this case, will be getting married on June 18, 2005.

/s/ Thomas A. Hill
One of the Counter Defendant's Attorneys

PROOF OF SERVICE

      I certify that on June 13, 2005 I mailed a copy of this document to the following party by first-class U.S. mail:

    Don Bauer
    11769 N. 200th St.
    Altamont, IL 62411

                                              /s/ Thomas A. Hill

Barry M. Barash (ARDC Reg. #108928) and
Thomas A. Hill (ARDC Reg. #6280216) of
Barash & Everett, LLC
256 South Soangetaha Road, Suite 108
PO Box 1408
Galesburg, IL 61402-1408
Telephone:    309/341-6010
Fax:           309/341-1945
hillt@barashlaw.com