E-FILED
Monday, 13 June, 2005  03:16:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE ) | |
| PATRIOT SEEDS, INC. ) | |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| RICHARD E. BARBER, not personally, ) | |
| but as Chapter 7 trustee for the debtor ) | Case No. 05-1149 |
| ) | |
| Plaintiff-Counter Defendant ) | |
| ) | |
| vs. ) | |
| ) | |
| DON BAUER ) | |
| ) | |
| Defendant-Counter Claimant ) | |

<u>ORDER</u>

Upon motion of the counter defendant, the pretrial hearing set for June 22, 2005 shall be continued until August 1, 2005 or later.

###