E-FILED
Wednesday, 06 July, 2005  11:17:35 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: Patriot Seeds Incorporated )<br>)<br>Debtor )<br>)<br>_____ )<br>)<br>Patriot Seeds Incorporated )<br>)<br>Plaintiff-Counter Defendant )<br>)<br>)<br>vs. )<br>)<br>)<br>Don Bauer )<br>)<br>Defendant-Counter Plaintiff ) | **FILED**<br><br>JUL 6 - 2005<br><br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br><br><br>Case number 05-1149 |

## MOTION TO AMEND COUNTERCLAIM

Comes now Don Bauer, pro se with above referenced motion in support deposes and states:
:
1. That the Defendant-Counter Plaintiff moves this Court to grant this MOTION TO AMEND COUNTERCLAIM.

2. A copy of the purposed amendment to add a count for conversion to the present Counterclaim is attached hereto.

WHEREFORE, the Defendant-Counter Plaintiff moves this Court to grant the amendment by adding a count for conversion to the counterclaim..

Respectfully submitted:

*[signature]*
Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486

## Third Cause of Action

### (3) Conversion

1. That the defendant, Don Bauer, demands this cause to be heard in a Trial by Jury.

2. That on or about July 31, 2003, Patriot Seeds Inc. took the unauthorized and wrongful assumption of control of $2,376.00 of bagged seed corn intended for Don Bauer.

3. That Patriot Seeds Inc. claimed ownership of the aforesaid-bagged seed corn as they produced for sale.

4. That Don Bauer had a right to possession of the bagged seed corn, which was to pay a debt owed him by Patriot Seeds Inc.

5. That Patriot Seeds Inc. used the bankruptcy laws to claim they paid their debt owed to Don Bauer.

6. That Patriot Seeds Inc. concealed from Don Bauer they had the bagged seed corn until after Patriot Seeds Inc. improperly stored the bagged seed corn and therefore cause it to deteriorate in value.

7. That Patriot Seeds Inc. even sued Don Bauer for the full value of the bagged seed corn they converted for their own benefit.

**WHEREFORE,** the defendant-counter-plaintiff, Don Bauer, moves this Court to enter a judgment against the plaintiff-counter-defendant, Patriot Seeds Inc., or their successor in interest, in the amount of $2,376,00 and award exemplary damages of

$100,000.00 and for any other relief against the plaintiff-counter-defendant the Court deems just and proper.


Respectfully submitted,

*Donald W Bauer*
Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411
(6180 483-6486

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: Patriot Seeds Incorporated )<br>)<br>Debtor )<br>_____ )<br>)<br>Patriot Seeds Incorporated )<br>)<br>Plaintiff-Counter Defendant )<br>)<br>)<br>vs. )<br>)<br>)<br>Don Bauer )<br>)<br>Defendant-Counter Plaintiff ) | Case number 05-1149 |

## ORDER

This matter coming on for MOTION TO AMEND COUNTERCLAIM filed by the defendant-counter plaintiff, and good cause having been shown, the MOTION TO AMEND COUNTERCLAIM is hereby GRANTED

**IT IS SO ORDERED:**

Dated this _____ day of _____, 200__

**Entered**_____
**Judge**