UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: Patriot Seeds Incorporated ) | |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| Patriot Seeds Incorporated ) | |
| ) | |
| Plaintiff-Counter Defendant ) | |
| ) | |
| ) | |
| vs. ) | Case number 05-1149 |
| ) | |
| ) | |
| Don Bauer ) | |
| ) | |
| Defendant-Counter Plaintiff ) | |

FILED
JUL 6 - 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PROOF OF SERVICE

The undersigned certifies that a true copy of REPONSE TO PLAINTIFF-COUNTER DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, MOTION TO AMEND COUNTERCLAIM with proposed ORDER wereplaced in the U.S. mail, with proper postage affixed and addressed to Barry M Barash 256 South Soangetaha Road, Suite 108, POB 1408 Galesburg, IL 61402-

1408, this _5th___ DAY OF July, 2005..

*Donald W. Bauer* (signature)
Donald W. Bauer
11769 North 200th Street
Altamont, Illinois 62411
(618) 483-6486