E-FILED
Wednesday, 10 August, 2005  03:09:58 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 10 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:   Patriot Seeds Incorporated | ) |
| Debtor | ) |
| | |
| Patriot Seeds Incorporated | ) |
| Plaintiff-Counter Defendant | ) |
| vs. | )  Case number 05-1149 |
| Don Bauer | ) |
| Defendant-Counter Plaintiff | ) |

# Amended Counterclaim

COMES NOW the defendant-counter plaintiff, Don Bauer, with his Amended Pleading as captioned above and in support deposes and states:

## First Cause of Action

### (1) Defamation of Character:

1. That the defendant, Don Bauer, demands this cause of action to be heard in Trial by Jury.

2. That the Plaintiff's actions have caused the defendant, Don Bauer. to suffer lost of business esteem in the community and Defamation of Character.

3. That it is well known that every action brought is reported to Credit

Agencies across the nation, and that said reporting of this case damages the defendant's reputation beyond repair.

4. That the Plaintiff's actions were the result of some unknown scheme or greed by the Plaintiff.

5. That the only result of this action was to that of Defamation of Character, the defendant being the target of said defamation.

6. That the Plaintiff's actions, as set out by their own filings, was prima facia that they will resort to any level to destroy the Defendant and anyone that does business with him in anyway, namely this Defendant.

7. That the Defendant has been damaged on a daily basis by the continuance of the Plaintiff's action.

**WHEREFORE,** the defendant-counter-plaintiff, Don Bauer, moves this Court to enter a judgment against the plaintiff-counter-defendant, Patriot Seeds Inc., or their successor in interest, in the amount of $500,000.00, as compensatory and/or exemplary damages, plus interest at the allowable under law, to assess the costs of this action to the Plaintiff, and for any other relief against the plaintiff-counter-defendant the Court deems just and proper.

## Second Cause of Action

### (2) Conversion

1. That the defendant, Don Bauer, demands this cause to be heard in a Trial by Jury.

2. That on or about July 31, 2003, Patriot Seeds Inc. took the unauthorized and wrongful assumption of control of $2,376.00 of bagged seed corn intended for Don Bauer.

3. That Patriot Seeds Inc. claimed ownership of the aforesaid-bagged seed corn as they produced it for sale.

4. That Don Bauer had a right to possession of the bagged seed corn, which was supposed to pay a debt owed him by Patriot Seeds Inc.

5. That Patriot Seeds Inc. filed bankruptcy claiming they paid their debt owed to Don Bauer.

6. That Patriot Seeds Inc. concealed from Don Bauer they had the bagged seed corn until after Patriot Seeds Inc. improperly stored the bagged seed corn and therefore caused it to deteriorate in value.

7. That Patriot Seeds Inc. even sued Don Bauer, after they filed for bankruptcy protection, for the full value of the bagged seed corn they converted for their own benefit.

**WHEREFORE,** the defendant-counter-plaintiff, Don Bauer, moves this Court to enter a judgment against the plaintiff-counter-defendant, Patriot Seeds Inc., or their successor in interest, in the amount of $2,376,00 and award exemplary damages of $100,000.00 and for any other relief against the plaintiff-counter-defendant the Court deems just and proper.

Respectfully submitted,

*/s/ Donald W. Bauer*
Donald W. Bauer
_____
Altamont, Illinois 62411

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: Patriot Seeds Incorporated | ) |
| Debtor | ) |
| | ) |
| Patriot Seeds Incorporated | ) |
| Plaintiff-Counter Defendant | ) |
| vs. | ) Case number 05-1149 |
| Don Bauer | ) |
| Defendant-Counter Plaintiff | ) |

PROOF OF SERVICE

The undersigned certifies that a true copy of AMENDED COUNTERCLAIM wAS placed in the U.S. mail, with proper postage affixed and addressed to Barry M Barash 256 South Soangetaha Road, Suite 108, POB 1408 Galesburg, IL 61402-1408, this 9th day of August, 2005..

*Donald W. Bauer*
Donald W. Bauer
                Street
Altamont, Illinois 62411