violated (automatic stay if referenced to in his paragraph 12). Maybe he should seek the protection in the bankruptcy court, if he really believes his assertion is true.

9. That the plaintiffs argument about privileged is off point as it appears the plaintiff is claiming absolute privilege based on that their filings were relevant, pertinent, or bear some relation to the subject in controversy, but the plaintiff offers no proof to what appears to be an affirmative defense.

10. That it is the position of this defendant, that the plaintiff-counter-defendant has filed vexatious litigation without probable cause and are therefore not protected by absolute privilege and in support states the following facts:

   a. That on or about July 31, 2003, the personnel that allegedly transferred seed were all paid employees of Patriot Seed Inc. (Bryce Rupert depo. At page 17 L. 9-23, page 22 L. 4-21).

   b. That the alleged transfer of seed corn went from one Patriot Seed Inc. warehouse to another warehouse of Patriot Seed Inc., in an apparent attempt to create a unilateral controversy. (Bryce Rupert depo. At page 8 L. 2-24, page 9 L. 1-24. page 10 L. 1-12

   c. That Patriot Seed Inc. laid off all its employees on or about August 2, 2003. (Bryce Rupert depo. Page 17 L. 16-23)

   d. That Patriot Seed Inc. never sent a "Year –to-Date Account Activity for Sales Year Ending 31 July 2003 to the defendant-counter-plaintiff stating