**E-FILED**
Friday, 02 December, 2005  04:18:53 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RICHARD E BARBER**
**Bankruptcy Trustee for Patriot Seed, Inc.**
                Plaintiff/Counter Defendant

        VS.                                               Case Number:   **05-1149**

**DON BAUER**
        **Defendant/Counter Claimant**

 **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that motion to dismiss is granted. Case terminated.

ENTER this 1st day of December, 2005

JOHN M. WATERS, CLERK

s/C. Lambie

_____
                BY:  DEPUTY CLERK

05-1149.wpd